1    ERICA BRAND PORTNOY (State Bar No. 244923)
     E-Mail:      *eportnoy@sideman.com*
2    ANDREW M. LEVAD (State Bar No. 313610)
     E-Mail:      *alevad@sideman.com*
3    SIDEMAN & BANCROFT LLP
     One Embarcadero Center, Twenty-Second Floor
4    San Francisco, California 94111-3711
     Telephone:      (415) 392-1960
5    Facsimile:      (415) 392-0827
6

7    Attorneys for
     VISUAL SUPPLY COMPANY

8

9                 **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13    IN RE: DMCA SECTION 512(h)        Case No. _____
     SUBPOENA TO (1) CLOUDFLARE,
14    INC.; (2) PATREON, INC.; and (3)       **DECLARATION OF ANDREW M.**
     NAMESILO, L.L.C.                **LEVAD IN SUPPORT OF VISUAL**
15                                        **SUPPLY COMPANY'S REQUEST TO**
                                       **THE CLERK FOR ISSUANCE OF**
16                                        **SUBPOENAS PURSUANT TO SECTION**
                                       **512(h) TO IDENTIFY ALLEGED**
17                                        **INFRINGERS**

18

19

20

21

22

23

24

25

26

27

28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

I, Andrew M. Levad, declare as follow:

1.    I am over 18 years of age and make this declaration based upon personal knowledge of facts set forth below except as to those matters stated on information and belief. As to those matters, I am informed and believe them to be true. If called upon to testify, I could and would testify under oath to the matters set forth herein.

2.    I am an attorney licensed to practice law under the laws of the State of California and am an associate with the law firm Sideman & Bancroft LLP, attorneys for Visual Supply Company ("VSCO") in this matter. This declaration is filed in support of VSCO's Request To The Clerk For Issuance Of Subpoenas Pursuant To Section 512(h) To Identify Alleged Infringers (the "Request"), filed contemporaneously with this declaration.

3.    ***Cloudflare, Inc.*** On July 13, 2023, Sideman & Bancroft LLP attorney Erica Brand Portnoy utilized Cloudflare, Inc.'s ("Cloudflare") Reporting Abuse portal to submit six (6) copyright infringement and DMCA violation abuse reports each to Cloudflare regarding infringing webpages found on the websites located at <vsco.page> and <glizzy.cafe>. True and correct copies of Cloudflare's confirmation emails for these abuse reports are attached hereto as Exhibit A.

4.    On January 3, 2024, Ms. Portnoy submitted an abuse report via email, and on January 10, 2024, Ms. Portnoy utilized Cloudflare's Reporting Abuse portal to submit six (6) copyright infringement and DMCA violation abuse reports to Cloudflare regarding <vsco.top>. True and correct copies of Cloudflare's confirmation emails for these abuse reports are attached hereto as Exhibit B.

5.    On March 15 and 22, 2024, and on April 2 and 9, 2024, I utilized Cloudflare's Reporting Abuse portal to submit five (5) copyright infringement and DMCA violation abuse reports to Cloudflare regarding <downloader.se>. True and correct copies of Cloudflare's confirmation emails for each of these abuse reports are attached hereto as Exhibit C.

6.    In each of these abuse reports, I identified fifty (50) links to infringing content featured on the website located at the domain <downloader.se> and corresponding links to the copyrighted content featured on VSCO's website located at the domain <vsco.co>. To date, I have

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1  reported two hundred fifty (250) links of infringing <downloader.se> webpages to Cloudflare. A

2  true and correct copy of a chart that displays (1) the links to infringing <downloader.se>

3  webpages, (2) links to the corresponding <vsco.co> webpages from which the infringing content

4  was copied, and (3) the dates and Report ID numbers of the corresponding Cloudflare abuse

5  reports in which I reported these infringements to Cloudflare is attached hereto as <u>Exhibit D</u>.

6        7.    ***<u>Patreon, Inc.</u>*** On July 25, 2023, Ms. Portnoy utilized Patreon Inc.'s ("Patreon")

7  Reporting Abuse portal to submit a copyright infringement and DMCA violation abuse report to

8  Patreon identifying infringing content posted at <https://www.patreon.com/vscoclub>. True and

9  correct copies of Patreon's confirmation email for this abuse report is attached hereto as Exhibit E.

10        8.    ***<u>NameSilo, L.L.C.</u>*** On January 1, 2024, Ms. Portnoy utilized NameSilo, L.L.C.'s

11  ("NameSilo") Report Abuse portal to submit a copyright infringement and DMCA violation abuse

12  report to NameSilo regarding infringing content on the website <vsco.top>. True and correct

13  copies of NameSilo's confirmation email and a screen-capture for the abuse report are attached

14  hereto as <u>Exhibit F</u>.

15        9.    The purpose for which the accompanying DMCA subpoenas are sought is to obtain

16  the identity of an alleged copyright infringer (or infringers) who are the purported owners and/or

17  operators of the content identified herein and in the Request and such information will only be

18  used for the purpose of protecting VSCO's rights under Title 17 U.S.C. §§ 100, *et seq.*

19

20        I declare under penalty of perjury under the laws of the United States of America that the

21  foregoing is true and correct, and was executed on June 26, 2024, at San Francisco, California.

22

23                  By:      */s/ Andrew M. Levad*

24                             Andrew M. Levad

25

26

27

28

# EXHIBIT A

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <abuse@notify.cloudflare.com> |
| **Sent:** | Thursday, July 13, 2023 3:20 PM |
| **To:** | Portnoy, Erica Brand |
| **Subject:** | [1e0368bdc9e71c74]: Cloudflare has responded to your DMCA copyright infringement complaint |

Cloudflare received your DMCA copyright infringement complaint regarding: vsco.page

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.

Accepted URL(s) on vsco.page:
https://vsco.page/

      Hosting Provider:
      -----------------

      Alexhost Srl

      Abuse Contact:
      --------------

      noc@alexhost.com

We have notified our customer of your report.
We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where vsco.page is hosted (provided above); 2. The owner listed in the WHOIS record for vsco.page and/or; 3. The contact listed on the vsco.page site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of vsco.page to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,
Cloudflare Trust & Safety

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <abuse@notify.cloudflare.com> |
| **Sent:** | Thursday, July 13, 2023 3:25 PM |
| **To:** | Portnoy, Erica Brand |
| **Subject:** | [6d5d302a176cfe91]: Cloudflare has responded to your DMCA copyright infringement complaint |

Cloudflare received your DMCA copyright infringement complaint regarding: glizzy.cafe

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare cannot remove material from the Internet that is hosted by others.

Accepted URL(s) on glizzy.cafe:
https://glizzy.cafe/

       Hosting Provider:
       -----------------

       Hetzner Online GmbH

       Abuse Contact:
       --------------

       abuse@hetzner.de

We have notified our customer of your report.
We have forwarded your report on to the responsible hosting provider.

You may also direct your report to:

1. The provider where glizzy.cafe is hosted (provided above); 2. The owner listed in the WHOIS record for glizzy.cafe and/or; 3. The contact listed on the glizzy.cafe site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of glizzy.cafe to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,
Cloudflare Trust & Safety

# EXHIBIT B

## Portnoy, Erica Brand

| | |
|---|---|
| **From:** | Portnoy, Erica Brand |
| **Sent:** | Wednesday, January 3, 2024 11:45 AM |
| **To:** | 'abuse@cloudflare.com' |
| **Subject:** | Report of Abuse on behalf of VSCO |

**To Cloudflare Abuse team:**

We represent Visual Supply Company ("VSCO"). VSCO has invested substantial effort and resources to prevent misuse of its platform and to protect its user experience and valuable intellectual property.

It has recently come to our attention that an unknown individual or entity has created the website https://vsco.top (the "Website") for which Cloudflare provides pass through service.

The Website displays copyright-protected photos (the "Protected Images") from my client's site without authorization.  VSCO, nor its user community, have authorized the Website to post, publish, display, reproduce, use or distribute these images.  These photos also appear to be of photographs of women, many of which appear to be minors.

The Protected Images are the intellectual property of individual VSCO creator/users. VSCO's Terms of Use authorizes VSCO to enforce its users' intellectual property rights with regard to their content.  Thus, VSCO may submit DMCA notices of infringement to demand the VSCO users' copyrighted content be removed from infringing sites.

Moreover, according to our investigation, the Website is accessing my client's website (vsco.co) without authorization and using technological measures to bypass certain protections my client has put in place to protect its user's content, namely user images.

The Website has violated my client's terms of service regarding this unauthorized access.  And the Website has violated Cloudflare's terms of service, which prohibits content that "Contains, displays, distributes, or encourages the creation of child sexual abuse material, or otherwise exploits or promotes the exploitation of minors; [or] Infringes on intellectual property rights."

VSCO is extremely concerned that the Website is violating its users' rights and posting this content in an inappropriate manner.

This is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA").  **VSCO requests that you cease providing further services to the Website and notify the operator that the content is infringing and must be removed immediately.**  VSCO expressly reserves all of its rights in this matter.

Examples of the original and infringing works are listed below.
Original works displayed at:
1. https://vsco.co (Authorized Website)
2. https://vsco.co/livfranczyk/gallery
3. https://vsco.co/sophiemahnke/gallery
4. https://vsco.co/ceciliefinnedavidsen/gallery
5. https://vsco.co/auroraadahl/gallery
6. https://vsco.co/meliss-99/gallery

Corresponding Infringing Works displayed at:
1. https://vsco.top (Unauthorized Website)

2. https://vsco.top/profile/livfranczyk/posts/0/
3. https://vsco.top/profile/sophiemahnke/posts/0/
4. https://vsco.top/profile/ceciliefinnedavidsen/posts/0/
5. https://vsco.top/profile/auroraadahl/posts/0/
6. https://vsco.top/profile/meliss-99/posts/0/

Please reach out if additional information can be provided.

I attest, under penalty of perjury, that I have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; and I am authorized to act on behalf of the copyright owner; AND I understand, under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent reported material.

/s/ Erica Brand Portnoy

# SIDEMAN & BANCROFT

**Erica Brand Portnoy | Partner**
San Francisco, CA
Main: 415.392.1960
Direct: 415.733.3953
eportnoy@sideman.com
www.sideman.com

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

**Portnoy, Erica Brand**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Wednesday, January 3, 2024 11:12 AM |
| **To:** | Portnoy, Erica Brand |
| **Subject:** | [b48744fcaa18e73d] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

**Portnoy, Erica Brand**

---

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Wednesday, January 10, 2024 1:56 PM |
| **To:** | Portnoy, Erica Brand |
| **Subject:** | [21514b4b9b8a47af] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

# EXHIBIT C

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Friday, March 15, 2024 2:57 PM |
| **To:** | Levad, Andrew M. |
| **Subject:** | [1d7371d1afa36b2c] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Friday, March 22, 2024 4:07 PM |
| **To:** | Levad, Andrew M. |
| **Subject:** | [8abc6357b43f72c7] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Friday, March 22, 2024 4:06 PM |
| **To:** | Levad, Andrew M. |
| **Subject:** | [e08abe3aa323c2f3] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Tuesday, April 2, 2024 1:18 PM |
| **To:** | Levad, Andrew M. |
| **Subject:** | [ef68ba7b18e65025] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Cloudflare <noreply@notify.cloudflare.com> |
| **Sent:** | Tuesday, April 9, 2024 12:23 PM |
| **To:** | Levad, Andrew M. |
| **Subject:** | [cf27ced816c88316] Cloudflare: Abuse report confirmation |

This email is to confirm that your abuse report to Cloudflare has been received and will be processed shortly.

This may be the only response you receive regarding your report. Due to the large volume of reports we receive, it is not possible for us to send a personal response to every report.

Cloudflare offers network service solutions including pass-through security services, a content distribution network (CDN) and domain registrar services. Due to the pass-through nature of our services, our IP addresses appear in WHOIS and DNS records for websites using Cloudflare. Cloudflare is not generally a website hosting provider, and we cannot remove material from the Internet that is hosted by others.

Regards,
Cloudflare Trust & Safety

# EXHIBIT D

| 03/15/2024 - Cloudflare Report ID 1d7371d1afa36b2c | |
|---|---|
| **Downloader.se** | **VSCO.co** |
| https://downloader.se/profile/minoriintokyo/posts/0 | https://vsco.co/minoriintokyo/gallery |
| https://downloader.se/profile/isamoralesssss/posts/0 | https://vsco.co/isamoralesssss/gallery |
| https://downloader.se/profile/bellaschiek/posts/0 | https://vsco.co/bellaschiek/gallery |
| https://downloader.se/profile/heatherxash/posts/0 | https://vsco.co/heatherxash/gallery |
| https://downloader.se/profile/beriluzunkavak/posts/0 | https://vsco.co/beriluzunkavak/gallery |
| https://downloader.se/profile/celinarongved/posts/0 | https://vsco.co/celinarongved/gallery |
| https://downloader.se/profile/nyruffin/posts/0 | https://vsco.co/nyruffin/gallery |
| https://downloader.se/profile/cambriaordean/posts/0 | https://vsco.co/cambriaordean/gallery |
| https://downloader.se/profile/bellasalerno/posts/0 | https://vsco.co/bellasalerno/gallery |
| https://downloader.se/profile/madzhope/posts/0 | https://vsco.co/madzhope/gallery |
| https://downloader.se/profile/katetaillon/posts/0 | https://vsco.co/katetaillon/gallery |
| https://downloader.se/profile/izzyrodop/posts/0 | https://vsco.co/izzyrodop/gallery |
| https://downloader.se/profile/lilyyyanaaa/posts/0 | https://vsco.co/lilyyyanaaa/gallery |
| https://downloader.se/profile/breesemaroc/posts/0 | https://vsco.co/breesemaroc/gallery |
| https://downloader.se/profile/sonjaehrhardt/posts/0 | https://vsco.co/sonjaehrhardt/gallery |
| https://downloader.se/profile/katianicole/posts/0 | https://vsco.co/katianicole/gallery |
| https://downloader.se/profile/briannacip/posts/0 | https://vsco.co/briannacip/gallery |
| https://downloader.se/profile/natalierosefortin44/posts/0 | https://vsco.co/natalierosefortin44/gallery |
| https://downloader.se/profile/allytunc/posts/0 | https://vsco.co/allytunc/gallery |
| https://downloader.se/profile/emmylallen/posts/0 | https://vsco.co/emmylallen/gallery |
| https://downloader.se/profile/chandlergreen/posts/0 | https://vsco.co/chandlergreen/gallery |
| https://downloader.se/profile/kelsassad/posts/0 | https://vsco.co/kelsassad/gallery |
| https://downloader.se/profile/emmafmeyer/posts/0 | https://vsco.co/emmafmeyer/gallery |
| https://downloader.se/profile/mayafarnos/posts/0 | https://vsco.co/mayafarnos/gallery |
| https://downloader.se/profile/maddie-adele/posts/0 | https://vsco.co/maddie-adele/gallery |
| https://downloader.se/profile/brynnemh/posts/0 | https://vsco.co/brynnemh/gallery |
| https://downloader.se/profile/semrakozic/posts/0 | https://vsco.co/semrakozic/gallery |
| https://downloader.se/profile/elleighgray/posts/0 | https://vsco.co/elleighgray/gallery |
| https://downloader.se/profile/caseymueller/posts/0 | https://vsco.co/caseymueller/gallery |
| https://downloader.se/profile/emmaleachh/posts/0 | https://vsco.co/emmaleachh/gallery |
| https://downloader.se/profile/rachelemiller/posts/0 | https://vsco.co/rachelemiller/gallery |
| https://downloader.se/profile/elliew0/posts/0 | https://vsco.co/elliew0/gallery |
| https://downloader.se/profile/micamarq/posts/0 | https://vsco.co/micamarq/gallery |
| https://downloader.se/profile/aliceruddle/posts/0 | https://vsco.co/aliceruddle/gallery |
| https://downloader.se/profile/karlamurfy/posts/0 | https://vsco.co/karlamurfy/gallery |
| https://downloader.se/profile/rileykarsen/posts/0 | https://vsco.co/rileykarsen/gallery |
| https://downloader.se/profile/rocioeespejo/posts/0 | https://vsco.co/rocioeespejo/gallery |
| https://downloader.se/profile/nadiasilvaf4/posts/0 | https://vsco.co/nadiasilvaf4/gallery |

| | |
|---|---|
| https://downloader.se/profile/inglisov/posts/0 | https://vsco.co/inglisov/gallery |
| https://downloader.se/profile/anamirkovic/posts/0 | https://vsco.co/anamirkovic/gallery |
| https://downloader.se/profile/sydneyymeyerr/posts/0 | https://vsco.co/sydneyymeyerr/gallery |
| https://downloader.se/profile/messitessi/posts/0 | https://vsco.co/messitessi/gallery |
| https://downloader.se/profile/tayloralexxis6/posts/0 | https://vsco.co/tayloralexxis6/gallery |
| https://downloader.se/profile/avagracejoness/posts/0 | https://vsco.co/avagracejoness/gallery |
| https://downloader.se/profile/beerbongsandtits/posts/0 | https://vsco.co/beerbongsandtits/gallery |
| https://downloader.se/profile/kiarxxi/posts/0 | https://vsco.co/kiarxxi/gallery |
| https://downloader.se/profile/caisacalin/posts/0 | https://vsco.co/caisacalin/gallery |
| https://downloader.se/profile/averybosse/posts/0 | https://vsco.co/averybosse/gallery |
| https://downloader.se/profile/sophrose422/posts/0 | https://vsco.co/sophrose422/gallery |
| https://itsdownloader.se/profile/itsmemarilia/posts/0 | https://vsco.co/itsmemarilia/gallery |

| 03/22/2024 - Cloudflare Report ID 8abc6357b43f72c7 | |
|---|---|
| **Downloader.se** | **VSCO.co** |
| https://downloader.se/profile/emilys201/posts/0 | https://vsco.co/emilys201/gallery |
| https://downloader.se/profile/lexicincotta-/posts/0 | https://vsco.co/lexicincotta-/gallery |
| https://sydneyvalentine/profile/sydneyvalentine/posts/0 | https://vsco.co/sydneyvalentine/gallery |
| https://downloader.se/profile/reillyshisler/posts/0 | https://vsco.co/reillyshisler/gallery |
| https://downloader.se/profile/katiescanlon/posts/0 | https://vsco.co/katiescanlon/gallery |
| https://downloader.se/profile/kaitlynnkremss/posts/0 | https://vsco.co/kaitlynnkremss/gallery |
| https://downloader.se/profile/loaganbrown/posts/0 | https://vsco.co/loaganbrown/gallery |
| https://downloader.se/profile/isabelbecker/posts/0 | https://vsco.co/isabelbecker/gallery |
| https://downloader.se/profile/laurenayls/posts/0 | https://vsco.co/laurenayls/gallery |
| https://downloader.se/profile/natashaaudet/posts/0 | https://vsco.co/natashaaudet/gallery |
| https://downloader.se/profile/perky-/posts/0 | https://vsco.co/perky-/gallery |
| https://downloader.se/profile/helenabettsak/posts/0 | https://vsco.co/helenabettsak/gallery |
| https://downloader.se/profile/jennaclair/posts/0 | https://vsco.co/jennaclair/gallery |
| https://downloader.se/profile/mayaholmedal/posts/0 | https://vsco.co/mayaholmedal/gallery |
| https://downloader.se/profile/faithkotur/posts/0 | https://vsco.co/faithkotur/gallery |
| https://downloader.se/profile/paytonpalcisko/posts/0 | https://vsco.co/paytonpalcisko/gallery |
| https://downloader.se/profile/caitlinhcook/posts/0 | https://vsco.co/caitlinhcook/gallery |
| https://downloader.se/profile/elinnilssonkarlin/posts/0 | https://vsco.co/elinnilssonkarlin/gallery |
| https://downloader.se/profile/ellagrace-51/posts/0 | https://vsco.co/ellagrace-51/gallery |
| https://downloader.se/profile/ciflynn/posts/0 | https://vsco.co/ciflynn/gallery |
| https://downloader.se/profile/emmastaas/posts/0 | https://vsco.co/emmastaas/gallery |
| https://downloader.se/profile/alexvulich/posts/0 | https://vsco.co/alexvulich/gallery |
| https://downloader.se/profile/samidecapite/posts/0 | https://vsco.co/samidecapite/gallery |
| https://downloader.se/profile/oliviaahansen/posts/0 | https://vsco.co/oliviaahansen/gallery |
| https://downloader.se/profile/skylarrwood/posts/0 | https://vsco.co/skylarrwood/gallery |

| https://downloader.se/profile/ju1iagarcia/posts/0 | https://vsco.co/ju1iagarcia/gallery |
|---|---|
| https://downloader.se/profile/emilyydreww/posts/0 | https://vsco.co/emilyydreww/gallery |
| https://downloader.se/profile/beachbumblaine/posts/0 | https://vsco.co/beachbumblaine/gallery |
| https://downloader.se/profile/jax-on444/posts/0 | https://vsco.co/jax-on444/gallery |
| https://downloader.se/profile/miiraandanicole/posts/0 | https://vsco.co/miiraandanicole/gallery |
| https://downloader.se/profile/marianaaa-almeida/posts/0 | https://vsco.co/marianaaa-almeida/gallery |
| https://downloader.se/profile/emxyer/posts/0 | https://vsco.co/emxyer/gallery |
| https://downloader.se/profile/aaalllllyyy/posts/0 | https://vsco.co/aaalllllyyy/gallery |
| https://downloader.se/profile/kennamalison/posts/0 | https://vsco.co/kennamalison/gallery |
| https://downloader.se/profile/lilydavies/posts/0 | https://vsco.co/lilydavies/gallery |
| https://downloader.se/profile/juliehare/posts/0 | https://vsco.co/juliehare/gallery |
| https://downloader.se/profile/niamhyybb/posts/0 | https://vsco.co/niamhyybb/gallery |
| https://downloader.se/profile/abigailll-sam/posts/0 | https://vsco.co/abigailll-sam/gallery |
| https://downloader.se/profile/taylorkuhner/posts/0 | https://vsco.co/taylorkuhner/gallery |
| https://downloader.se/profile/dede-jonesss2/posts/0 | https://vsco.co/dede-jonesss2/gallery |
| https://downloader.se/profile/quinnmcgill/posts/0 | https://vsco.co/quinnmcgill/gallery |
| https://downloader.se/profile/kaitlynburchi11/posts/0 | https://vsco.co/kaitlynburchi11/gallery |
| https://downloader.se/profile/shirabenmenahem/posts/0 | https://vsco.co/shirabenmenahem/gallery |
| https://downloader.se/profile/lilyslefttittie/posts/0 | https://vsco.co/lilyslefttittie/gallery |
| https://downloader.se/profile/tugceekk/posts/0 | https://vsco.co/tugceekk/gallery |
| https://downloader.se/profile/milanaa-g/posts/0 | https://vsco.co/milanaa-g/gallery |
| https://downloader.se/profile/sierracrompton/posts/0 | https://vsco.co/sierracrompton/gallery |
| https://downloader.se/profile/sarahguidroz/posts/0 | https://vsco.co/saraheguidroz/gallery |
| https://downloader.se/profile/valentunaa/posts/0 | https://vsco.co/valentunaa/gallery |
| https://downloader.se/profile/oliviacolangelo/posts/0 | https://vsco.co/oliviacolangelo/gallery |
| https://downloader.se/profile/lilycheee/posts/0 | https://vsco.co/lilycheee/gallery |

**03/22/2024 - Cloudflare Report ID e08abe3aa323c2f3**

| Downloader.se | VSCO.co |
|---|---|
| https://downloader.se/profile/andreavalladares2/posts/0 | https://vsco.co/andreavalladares2/gallery |
| https://downloader.se/profile/tessrodd/posts/0 | https://vsco.co/tessrodd/gallery |
| https://downloader.se/profile/claire-kolesar/posts/0 | https://vsco.co/claire-kolesar/gallery |
| https://downloader.se/profile/sofigomezn/posts/0 | https://vsco.co/sofigomezn/gallery |
| https://downloader.se/profile/ellaariannaa/posts/0 | https://vsco.co/ellaariannaa/gallery |
| https://downloader.se/profile/brooklyn-moss/posts/0 | https://vsco.co/brooklyn-moss/gallery |
| https://downloader.se/profile/madisonvacon/posts/0 | https://vsco.co/madisonvacon/gallery |
| https://downloader.se/profile/kellcims/posts/0 | https://vsco.co/kellcims/gallery |
| https://downloader.se/profile/shelbylock/posts/0 | https://vsco.co/shelbylock/gallery |
| https://downloader.se/profile/saoirsemurphy0/posts/0 | https://vsco.co/saoirsemurphy0/gallery |
| https://downloader.se/profile/jairquinterooo/posts/0 | https://vsco.co/jairquinterooo/gallery |

| | |
|---|---|
| https://downloader.se/profile/kiera-baker/posts/0 | https://vsco.co/kiera-baker/gallery |
| https://downloader.se/profile/charliehawkins/posts/0 | https://vsco.co/charliehawkins/gallery |
| https://downloader.se/profile/goddessisela/posts/0 | https://vsco.co/goddessisela/gallery |
| https://downloader.se/profile/tealane3/posts/0 | https://vsco.co/tealane3/gallery |
| https://downloader.se/profile/seonaeb/posts/0 | https://vsco.co/seonaeb/gallery |
| https://downloader.se/profile/camrynchalmers/posts/0 | https://vsco.co/camrynchalmers/gallery |
| https://downloader.se/profile/morganesabbatini/posts/0 | https://vsco.co/morganesabbatini/gallery |
| https://downloader.se/profile/grracechen/posts/0 | https://vsco.co/grracechen/gallery |
| https://downloader.se/profile/paigeesellner/posts/0 | https://vsco.co/paigeesellner/gallery |
| https://downloader.se/profile/rubyturgeon/posts/0 | https://vsco.co/rubyturgeon/gallery |
| https://downloader.se/profile/kinsleekempp/posts/0 | https://vsco.co/kinsleekempp/gallery |
| https://downloader.se/profile/marleensc/posts/0 | https://vsco.co/marleensc/gallery |
| https://downloader.se/profile/bigelaine/posts/0 | https://vsco.co/bigelaine/gallery |
| https://downloader.se/profile/yana-koma/posts/0 | https://vsco.co/yana-koma/gallery |
| https://downloader.se/profile/nicole-connolly/posts/0 | https://vsco.co/nicole-connolly/gallery |
| https://downloader.se/profile/reesepressnall/posts/0 | https://vsco.co/reesepressnall/gallery |
| https://downloader.se/profile/britneyeckman/posts/0 | https://vsco.co/britneyeckman/gallery |
| https://downloader.se/profile/tessameurerr/posts/0 | https://vsco.co/tessameurerr/gallery |
| https://downloader.se/profile/lucymcdonough/posts/0 | https://vsco.co/lucymcdonough/gallery |
| https://downloader.se/profile/casey-pender/posts/0 | https://vsco.co/casey-pender/gallery |
| https://downloader.se/profile/bettinasolesbee/posts/0 | https://vsco.co/bettinasolesbee/gallery |
| https://downloader.se/profile/alisynhutton/posts/0 | https://vsco.co/alisynhutton/gallery |
| https://downloader.se/profile/emmaekristiansen/posts/0 | https://vsco.co/emmaekristiansen/gallery |
| https://downloader.se/profile/sophiaens/posts/0 | https://vsco.co/sophiaens/gallery |
| https://downloader.se/profile/ally-will/posts/0 | https://vsco.co/ally-will/gallery |
| https://downloader.se/profile/samtognetti/posts/0 | https://vsco.co/samtognetti/gallery |
| https://downloader.se/profile/raleighdolly/posts/0 | https://vsco.co/raleighdolly/gallery |
| https://downloader.se/profile/meeeggggaaannn/posts/0 | https://vsco.co/meeeggggaaannn/gallery |
| https://downloader.se/profile/jadee6533/posts/0 | https://vsco.co/jadee6533/gallery |
| https://downloader.se/profile/camibeaty/posts/0 | https://vsco.co/camibeaty/gallery |
| https://downloader.se/profile/maria20000m/posts/0 | https://vsco.co/maria20000m/gallery |
| https://downloader.se/profile/emmykymmer/posts/0 | https://vsco.co/emmykymmer/gallery |
| https://downloader.se/profile/liaathanasoulakis/posts/0 | https://vsco.co/liaathanasoulakis/gallery |
| https://downloader.se/profile/sophiknight/posts/0 | https://vsco.co/sophiknight/gallery |
| https://downloader.se/profile/laynieallison/posts/0 | https://vsco.co/laynieallison/gallery |
| https://downloader.se/profile/maiyagerry/posts/0 | https://vsco.co/maiyagerry/gallery |
| https://downloader.se/profile/maddiesophia1/posts/0 | https://vsco.co/maddiesophia1/gallery |
| https://downloader.se/profile/madelinewk/posts/0 | https://vsco.co/madelinewk/gallery |
| https://downloader.se/profile/lilyanahough-/posts/0 | https://vsco.co/lilyanahough-/gallery |
| https://downloader.se/profile/edengibbs/posts/0 | https://vsco.co/edengibbs/gallery |

4

| 04/02/2024 - Cloudflare Report ID ef68ba7b18e65025 | |
|---|---|
| **Downloader.se** | **VSCO.co** |
| https://downloader.se/profile/ashekian/posts/0 | https://vsco.co/ashekian/gallery |
| https://downloader.se/profile/celealoe/posts/0 | https://vsco.co/celealoe/gallery |
| https://downloader.se/profile/larissahedderick/posts/0 | https://vsco.co/larissahedderick/gallery |
| https://downloader.se/profile/tierramaclean/posts/0 | https://vsco.co/tierramaclean/gallery |
| https://downloader.se/profile/teaganshap/posts/0 | https://vsco.co/teaganshap/gallery |
| https://downloader.se/profile/christinapelosi/posts/0 | https://vsco.co/christinapelosi/gallery |
| https://downloader.se/profile/remioliviaaa/posts/0 | https://vsco.co/remioliviaaa/gallery |
| https://downloader.se/profile/marleeloudermilk/posts/0 | https://vsco.co/marleeloudermilk/gallery |
| https://downloader.se/profile/ryrenee/posts/0 | https://vsco.co/ryrenee/gallery |
| https://downloader.se/profile/6kellyj9/posts/0 | https://vsco.co/6kellyj9/gallery |
| https://downloader.se/profile/laurensliwinski/posts/0 | https://vsco.co/laurensliwinski/gallery |
| https://downloader.se/profile/nastik0806/posts/0 | https://vsco.co/nastik0806/gallery |
| https://downloader.se/profile/kaydeclampitt/posts/0 | https://vsco.co/kaydeclampitt/gallery |
| https://downloader.se/profile/gracepartinn/posts/0 | https://vsco.co/gracepartinn/gallery |
| https://downloader.se/profile/rachelxquirkex/posts/0 | https://vsco.co/rachelxquirkex/gallery |
| https://downloader.se/profile/rsherratt6/posts/0 | https://vsco.co/rsherratt6/gallery |
| https://downloader.se/profile/alyssaraelyn13/posts/0 | https://vsco.co/alyssaraelyn13/gallery |
| https://downloader.se/profile/rafitxxxaaa/posts/0 | https://vsco.co/rafitxxxaaa/gallery |
| https://downloader.se/profile/julialeblancc/posts/0 | https://vsco.co/julialeblancc/gallery |
| https://downloader.se/profile/syl-marie/posts/0 | https://vsco.co/syl-marie/gallery |
| https://downloader.se/profile/mccall-mitchell/posts/0 | https://vsco.co/mccall-mitchell/gallery |
| https://downloader.se/profile/applestm/posts/0 | https://vsco.co/applestm/gallery |
| https://downloader.se/profile/maddyydodd/posts/0 | https://vsco.co/maddyydodd/gallery |
| https://downloader.se/profile/morganaustinn/posts/0 | https://vsco.co/morganaustinn/gallery |
| https://makenaschooler.se/profile/makennaschooler/posts/0 | https://vsco.co/makennaschooler/gallery |
| https://downloader.se/profile/averythielman/posts/0 | https://vsco.co/averythielman/gallery |
| https://downloader.se/profile/julinatillmar/posts/0 | https://vsco.co/julinatillmar/gallery |
| https://downloader.se/profile/cjricci/posts/0 | https://vsco.co/cjricci/gallery |
| https://downloader.se/profile/maikennnn/posts/0 | https://vsco.co/maikennnn/gallery |
| https://kennakrul.se/profile/kennakrul/posts/0 | https://vsco.co/kennakrul/gallery |
| https://downloader.se/profile/morgannash3/posts/0 | https://vsco.co/morgannash3/gallery |
| https://downloader.se/profile/emnug/posts/0 | https://vsco.co/emnug/gallery |
| https://downloader.se/profile/aliique/posts/0 | https://vsco.co/aliique/gallery |
| https://downloader.se/profile/bozanaperkovic/posts/0 | https://vsco.co/bozanaperkovic/gallery |
| https://downloader.se/profile/karennliao/posts/0 | https://vsco.co/karennliao/gallery |
| https://downloader.se/profile/isabelgardner/posts/0 | https://vsco.co/isabelgardner/gallery |
| https://downloader.se/profile/abbigailhazel/posts/0 | https://vsco.co/abbigailhazel/gallery |

| Downloader.se | VSCO.co |
|---|---|
| https://downloader.se/profile/emmy-kemats/posts/0 | https://vsco.co/emmy-kemats/gallery |
| https://downloader.se/profile/paigekrawczel/posts/0 | https://vsco.co/paigekrawczel/gallery |
| https://downloader.se/profile/lexiiashton/posts/0 | https://vsco.co/lexiiashton/gallery |
| https://downloader.se/profile/asdisevaomars/posts/0 | https://vsco.co/asdisevaomars/gallery |
| https://downloader.se/profile/alexiatsiolas/posts/0 | https://vsco.co/alexiatsiolas/gallery |
| https://downloader.se/profile/verenastoerchle/posts/0 | https://vsco.co/verenastoerchle/gallery |
| https://downloader.se/profile/hayleehartlin/posts/0 | https://vsco.co/hayleehartlin/gallery |
| https://downloader.se/profile/wacoll/posts/0 | https://vsco.co/wacoll/gallery |
| https://downloader.se/profile/madisonwestren/posts/0 | https://vsco.co/madisonwestren/gallery |
| https://downloader.se/profile/tulacox/posts/0 | https://vsco.co/tulacox/gallery |
| https://downloader.se/profile/mollyqualterx/posts/0 | https://vsco.co/mollyqualterx/gallery |
| https://downloader.se/profile/sophiavalinotti/posts/0 | https://vsco.co/sophiavalinotti/gallery |
| https://downloader.se/profile/theabjoerseth/posts/0 | https://vsco.co/theabjoerseth/gallery |
| https://downloader.se/profile/xlaurnicole/posts/0 | https://vsco.co/xlaurnicole/gallery |
| **04/09/2024 - Cloudflare Report ID cf27ced816c88316** | |
| **Downloader.se** | **VSCO.co** |
| https://downloader.se/profile/lizcampilia/posts/0 | https://vsco.co/lizcampilia/gallery |
| https://downloader.se/profile/valeriacimmarotta/posts/0 | https://vsco.co/valeriacimmarotta/gallery |
| https://downloader.se/profile/cerasmith1/posts/0 | https://vsco.co/cerasmith1/gallery |
| https://downloader.se/profile/pmnpr/posts/0 | https://vsco.co/pmnpr/gallery |
| https://downloader.se/profile/nikkoleber/posts/0 | https://vsco.co/nikkoleber/gallery |
| https://downloader.se/profile/rikkic/posts/0 | https://vsco.co/rikkic/gallery |
| https://downloader.se/profile/hailey-ramalhinho/posts/0 | https://vsco.co/hailey-ramalhinho/gallery |
| https://downloader.se/profile/brookeliber/posts/0 | https://vsco.co/brookeliber/gallery |
| https://downloader.se/profile/katieroose/posts/0 | https://vsco.co/katieroose/gallery |
| https://downloader.se/profile/friedagonzalez/posts/0 | https://vsco.co/friedagonzalez/gallery |
| https://downloader.se/profile/bekahhpowers/posts/0 | https://vsco.co/bekahhpowers/gallery |
| https://downloader.se/profile/briafiebiger/posts/0 | https://vsco.co/briafiebiger/gallery |
| https://downloader.se/profile/emdans/posts/0 | https://vsco.co/emdans/gallery |
| https://downloader.se/profile/maggie-rodgers/posts/0 | https://vsco.co/maggie-rodgers/gallery |
| https://downloader.se/profile/megan-olivia/posts/0 | https://vsco.co/megan-olivia/gallery |
| https://downloader.se/profile/kacimorgannn/posts/0 | https://vsco.co/kacimorgannn/gallery |
| https://downloader.se/profile/ceconomus/posts/0 | https://vsco.co/ceconomus/gallery |
| https://downloader.se/profile/meg-gallagher7/posts/0 | https://vsco.co/meg-gallagher7/gallery |
| https://downloader.se/profile/dyldimond/posts/0 | https://vsco.co/dyldimond/gallery |
| https://downloader.se/profile/harmanjottt/posts/0 | https://vsco.co/harmanjottt/gallery |
| https://downloader.se/profile/xalvarezcata/posts/0 | https://vsco.co/xalvarezcata/gallery |
| https://downloader.se/profile/abi-parratto/posts/0 | https://vsco.co/abi-parratto/gallery |
| https://downloader.se/profile/cararazavi/posts/0 | https://vsco.co/cararazavi/gallery |
| https://downloader.se/profile/hadclarkk/posts/0 | https://vsco.co/hadclarkk/gallery |

| | |
|---|---|
| https://downloader.se/profile/livprevost/posts/0 | https://vsco.co/livprevost/gallery |
| https://downloader.se/profile/alexgtaylor/posts/0 | https://vsco.co/alexgtaylor/gallery |
| https://downloader.se/profile/katieasenjo/posts/0 | https://vsco.co/katieasenjo/gallery |
| https://downloader.se/profile/rachelbrockmann/posts/0 | https://vsco.co/rachelbrockmann/gallery |
| https://downloader.se/profile/veroniikkka/posts/0 | https://vsco.co/veroniikkka/gallery |
| https://downloader.se/profile/miaquinn03/posts/0 | https://vsco.co/miaquinn03/gallery |
| https://downloader.se/profile/kendallmirrione/posts/0 | https://vsco.co/kendallmirrione/gallery |
| https://downloader.se/profile/saralynnbrooks/posts/0 | https://vsco.co/saralynnbrooks/gallery |
| https://downloader.se/profile/aarushic/posts/0 | https://vsco.co/aarushic/gallery |
| https://downloader.se/profile/connerrittenhouse/posts/0 | https://vsco.co/connerrittenhouse/gallery |
| https://downloader.se/profile/wyshjewell/posts/0 | https://vsco.co/wyshjewell/gallery |
| https://downloader.se/profile/emiligakovic/posts/0 | https://vsco.co/emiligakovic/gallery |
| https://downloader.se/profile/defnematur/posts/0 | https://vsco.co/defnematur/gallery |
| https://downloader.se/profile/avalunden/posts/0 | https://vsco.co/avalunden/gallery |
| https://downloader.se/profile/brookehtierney/posts/0 | https://vsco.co/brookehtierney/gallery |
| https://downloader.se/profile/aimeeeryu/posts/0 | https://vsco.co/aimeeeryu/gallery |
| https://downloader.se/profile/adrielynne/posts/0 | https://vsco.co/adrielynne/gallery |
| https://downloader.se/profile/samanthaxaguilar/posts/0 | https://vsco.co/samanthaxaguilar/gallery |
| https://downloader.se/profile/hannah-safia/posts/0 | https://vsco.co/hannah-safia/gallery |
| https://downloader.se/profile/ellaschmitz/posts/0 | https://vsco.co/ellaschmitz/gallery |
| https://downloader.se/profile/kaylanewma/posts/0 | https://vsco.co/kaylanewma/gallery |
| https://downloader.se/profile/hannah4024/posts/0 | https://vsco.co/hannah4024/gallery |
| https://downloader.se/profile/stephpapi/posts/0 | https://vsco.co/stephpapi/gallery |
| https://downloader.se/profile/kendallkamm/posts/0 | https://vsco.co/kendallkamm/gallery |
| https://downloader.se/profile/lisakrse/posts/0 | https://vsco.co/lisakrse/gallery |
| https://downloader.se/profile/verinab33/posts/0 | https://vsco.co/verinab33/gallery |
| https://downloader.se/profile/theresaesser/posts/0 | https://vsco.co/theresaesser/gallery |

# EXHIBIT E

**Portnoy, Erica Brand**

| | |
|---|---|
| **From:** | Bellamy (Support) <platform-support@patreon.zendesk.com> |
| **Sent:** | Friday, July 28, 2023 9:39 AM |
| **To:** | Portnoy, Erica Brand |
| **Subject:** | [Patreon] Re: Notice of Infringement re patreon.com/vscoclub on behalf of VSCO |

## - Please type your reply above this line - ##

**PATREON** |                                           | 

Your request (2185332) has been updated. To add additional comments, reply to this email.

 **Bellamy** (Patreon)

Jul 28, 2023, 9:39 AM PDT

Hello there Erica,

I'm Bellamy here at Patreon, thank you for your patience.

The material you identified in your notification of claimed copyright infringement is no longer live on Patreon.

Please don't hesitate to reach out to us in the future if you need further assistance.

Thanks again for helping us keep Patreon a safe and respectful place for creators.

Warm regards,
Bellamy

Patreon Trust and Safety
Monday - Friday

**Portnoy, Erica Brand**

Jul 25, 2023, 11:41 AM PDT

Dear Patreon,

We represent Visual Supply Company ("VSCO"). VSCO has invested substantial effort and resources to prevent misuse of its platform and to protect its user experience and valuable intellectual property.

It has recently come to our attention that an unknown individual or entity has created the creator account and website https://www.patreon.com/vscoclub (the "Infringing Website") using the Patreon platform. The Infringing Website unlawfully infringes VSCO's trademarks, as detailed below.

VSCO owns numerous United States trademark registrations for the VSCO mark, including, but not limited to U.S. Trademark Reg. Nos. 4,672,062; 4,273,434 and 4,716,756 (the "VSCO Marks"). These federal registrations are valid and registered on the Principal Register of the United States Patent and Trademark Office. VSCO also owns and operates a website at www.vsco.co.

The Infringing Website is using the VSCO Marks in the url (https://www.patreon.com/vscoclub), on the account name "VSCO.CLUB" AND "VSCOCLUB," and within the content of site, without VSCO's authorization.

In fact, the Infringing Website is also using the VSCO Marks in connection with the unlawful distribution of the intellectual property (Protected Images) of individual VSCO creator/users. The Infringing Website is accessing my client's website (vsco.co) without authorization and using technological measures to bypass certain protections my client has put in place to protect its user's content, and then displaying the Protected Images and facilitating the download of such images in violation of the DMCA's anti-circumvention measures. VSCO, nor its user community, have authorized the Infringing Website to post these images.

Such unauthorized use of the VSCO Marks constitutes trademark infringement under U.S. Federal Law, including Sections 43(a) and (c) of the Lanham Act.

The Infringing Website has violated my client's terms of service and the Infringing Website has also violated Patreon's terms of service, which prohibits a Creator from making available creations or otherwise make posts on Patreon that infringe others' intellectual property or proprietary rights.

**VSCO requests that you cease providing further services to the Infringing Website and notify the Infringing Website that the use of the VSCO Marks is infringing.**

Best regards,
Erica Brand Portnoy

# SIDEMAN & BANCROFT

**Erica Brand Portnoy | Partner**
San Francisco, CA
Main: 415.392.1960
Direct: 415.733.3953
eportnoy@sideman.com
www.sideman.com

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

--
To unsubscribe from this group and stop receiving emails from it, send an email to copyright+unsubscribe@patreon.com.

Be a part of the Community: Blog   |   FAQ

You have been sent this message because you recently opened a help request with the Patreon Community Happiness Team.

# EXHIBIT F

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | NameSilo Abuse Team <abuse@namesiloabuse.freshdesk.com> |
| **Sent:** | Wednesday, January 3, 2024 9:05 PM |
| **To:** | Portnoy, Erica Brand |
| **Cc:** | abuse@namesilo.com |
| **Subject:** | Re: # 31959757 NameSilo Abuse Form |

Hi,

Thank you for reporting this issue.

Please note we are only the domain name registrar and cannot validate or control the content posted on the site.

If you or your client are the holder of a trademark that you feel is being infringed upon via a domain name registered with us, you are advised to consider a UDRP dispute.

We will comply as required by ICANN rules upon the commencement of a UDRP dispute.

Main UDRP Bodies:
*National Arbitration Forum - adrforum.com.
*World Intellectual Property Organization (WIPO) - wipo.int
*Asian Domain Dispute Resolution Centre (ADR) - adndrc.org

Czech Arbitration Court (CAC) - adr.eu

Resolution Canada - resolutioncanada.ca

If you are a copyright holder and believe your rights are being infringed, we recommend you file a DMCA complaint with the hosting provider of the associated web site. https://www.whoishostingthis.com/resources/dmca/

If you want to report a phishing case, please follow these steps:
To create a case:
1) Visit new(.)namesilo(.)com/phishing_report(.)php
2) Fill in a the domain URL
3) Complete required information and click Continue.
To report SPAM/SCAM please contact the hosting provider:
This can be done by the hosting company of the website, which you can look up on this website:
https://www.whoishostingthis.com/
Once you know the hosting provider, please look up their company information and contact them with the case.
To report SPAM/SCAM please contact the hosting provider:
This can be done by the hosting company of the website, which you can look up on this website:
https://www.whoishostingthis.com/
Once you know the hosting provider, please look up their company information and contact them with the case.

You can also use the following pages to report the website:
Malware: https://safebrowsing.google.com/safebrowsing/report_badware/
Scam and Fraud: https://secure.nclforms.org/nficweb/OnlineComplaintForm.aspx

Whois inaccuracy you may report here: https://forms.icann.org/en/resources/compliance/complaints/whois/inaccuracy-form
You may also discuss the case with your local law enforcement officer to seek help.

To limit the number of spam landing in your mailbox please follow these instructions:
Check your email account to see if it provides a tool to filter out potential spam or to channel spam into a bulk email folder. You might want to consider these options when you are choosing which Internet Service Provider (ISP) or email service to use.

Limit your exposure. You might decide to use two email addresses one for personal messages and one for shopping, newsletters, chat rooms, coupons and other services. You also might consider using a disposable email address service that forwards messages to your permanent account. If one of the disposable addresses begins to receive spam, you can shut it off without affecting your permanent address.

Also, try not to display your email address in public. That includes on blog posts, in chat rooms, on social networking sites, or in online membership directories. Spammers use the web to harvest email addresses.

Check privacy policies and uncheck boxes. Check the privacy policy before you submit your email address to a website. See if it allows the company to sell your email to others. You might decide not to submit your email address to websites that will not protect it.

When submitting your email address to a website, look for pre-checked boxes that sign you up for email updates from the company and its partners. Some websites allow you to opt out of receiving these mass emails.

Choose a unique email address. Your choice of email addresses may affect the amount of spam you receive. Spammers send out millions of messages to probable name combinations at large ISPs and email services, hoping to find a valid address. Thus, a common name such as jdoe may get more spam than a more unique name like j26d0e34. Of course, there is a downside it is harder to remember an unusual email address.

Hackers and spammers troll the internet looking for computers that are not protected by up to date security software. When they find unprotected computers, they try to install hidden software called malware that allows them to control the computers remotely. Many thousands of these computers linked together make up a botnet, a network used by spammers to send millions of emails at once. Millions of home computers are part of botnets. In fact, most spam is sent this way.

Do not let spammers use your computer. You can help reduce the chances that your computer will become part of a botnet. Use good computer security practices and disconnect from the internet when you are away from your computer. Hackers can not get to your computer when it is not connected to the internet. Be cautious about opening any attachments or downloading files from emails you receive. Do not open an email attachment even if it looks like it is from a friend or coworker, unless you are expecting it or you know what it is. If you send an email with an attached file, include a message explaining what it is.

Download free software only from sites you know and trust. It can be appealing to download free software like games, file sharing programs, and customized toolbars. But remember that free software programs may contain malware.

Report Spam to the Federal Trade Commission at spam@uce.gov and at https://www.spamcop.net/anonsignup.shtml

Read more about reporting spam on this page: https://en.wikipedia.org/wiki/Spam_reporting

Hope you find this helpful!

NameSilo Abuse Team

