**SIDEMAN & BANCROFT**

One Embarcadero Center, Twenty-Second Floor<br>
San Francisco, California 94111-3711<br>
Telephone: (415) 392-1960<br>
Facsimile: (415) 392-0827<br>
<br>
**Erica Brand Portnoy**<br>
eportnoy@sideman.com

June 26, 2024

Mark B. Busby
Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3489

    **Re:** *__Application for DMCA Subpoenas to Service Providers__*

Dear Mr. Busby:

  On behalf of our client VISUAL SUPPLY COMPANY ("VSCO"), we respectfully request that the Clerk issue subpoenas pursuant to 17 U.S.C. § 512(h) to Cloudflare, Inc. ("Cloudflare"), Patreon, Inc. ("Patreon") and NameSilo, L.L.C. ("NameSilo") (collectively, the "Service Providers") via their registered agents and/or principal places of business located at the following addresses:

  *__Cloudflare.:__*  c/o Registered Agent Solutions, Inc., 720 14th Street, Sacramento, CA 95814;

  *__Patreon:__*  c/o Incorporating Services, Ltd., 7801 Folsom Blvd #202, Sacramento, CA 95826;

  *__NameSilo:__*  c/o Incorp Services, Inc., 8825 N. 23rd Ave., Suite 100, Phoenix, AZ 85021.

  Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(1). For a subpoena to be issued, Section 512(h) requires the filing with the Clerk of the Court of:

  (1) a copy of a notification of claimed infringement required by Section 512(c)(3)(A);

  (2) a proposed subpoena; and

June 25, 2024
Page 2

(3) a sworn declaration that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under U.S.C. Title 17.

Enclosed for filing is VSCO's Request to The Clerk For Issuance of Subpoenas Pursuant To 17 U.S.C. § 512(h) To Identify Alleged Infringers, which includes copies of the notifications of claimed infringement to each of the Service Providers, proposed subpoenas to each of the Service Providers, and a sworn declaration.

We respectfully request that subpoenas be issued expeditiously by the Clerk of the Court and returned to the undersigned for service on the subpoena recipients.

Thank you for your prompt attention to this matter.

DATED: June 26, 2024                                Respectfully submitted,

By: */s/ Andrew M. Levad*
Andrew M. Levad
SIDEMAN & BANCROFT LLP
Attorneys for Visual Supply Company