1
2
3
4
5
6

Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Adam Khimji*

7
8
9

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
*(San Francisco)*

10
11
12
13
14
15
16
17
18
19

IN RE: DMCA SECTION 512(h)
SUBPOENA TO (1) CLOUDFLARE,
INC.; (2) PATREON, INC.; and (3)
NAMESILO, L.L.C.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 3:24-mc-80159-SK

**DECLARATION OF ADAM KHIMJI IN SUPPORT OF MOTION TO QUASH SUBPOENA**

**Judge:** Magistrate Judge Sallie Kim

20
21

I, Adam Khimji, do hereby declare as follows:

22
23

1.      I reside in the City of Ottawa, Province of Ontario, in Canada.

24
25

2.      I am an Economic Policy Analyst for the Government of Canada in the Ministry of Innovation, Science and Economic Development Canada.

26
27
28

3.      I submit this declaration in support of the motion to quash subpoenas issued to Cloudflare, Inc. and Patreon, Inc. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

4.      I have reviewed the Complaint filed in *Visual Supply Company v. Adam Khimji, et al.* (N.D. Cal. Case No. 3:24-cv-9361-WHO). Attached to this Declaration and marked as **Exhibit "A."** is a copy of the complaint.

5.      On or about October 4, 2024, I received an email at my work email address at Adam.Khimji@ISED-ISDE.GC.CA, enclosing a cease-and-desist letter from Visual Supply Company. Attached to this Declaration and marked as **Exhibit "B."** is a copy of that cease-and-desist letter. With respect to this cease-and-desist letter:

> a. The Prince of Wales Dr. address is my residential address, although the unit number of my apartment is missing.

> b. The Queen St. address is my work address.

> c. The vscoclub@protonmail.com address is **not** my email address.

6.      The receipt of the aforementioned cease-and-desist letter was the first time I heard about Visual Supply Company ("**VSCO**") and its website and applications. I have never used VSCO's website or applications in any way, and have never created any account with VSCO.

7.      Upon receipt of the cease-and-desist letter and recognizing the seriousness of the allegations, I retained Mr. Jonathan Kleiman to respond on my behalf. Mr. Kleiman is a lawyer called to the bar in Ontario, Canada and not an attorney called to the bar in California.

8.      Attached to this Declaration and marked as **Exhibit "C."** is a copy of the letter in response that Mr. Kleiman sent on my behalf on October 9, 2024.

9.      Attached to this Declaration and marked as **Exhibit "D."** is a copy of the email that Visual Supply Company's counsel sent to Mr. Kleiman on October 11, 2024, enclosing three files that contact my contact information that Visual Supply Company's counsel claims were obtained from Cloudflare pursuant to a subpoena. Visual Supply Company's counsel did not provide Mr. Kleiman with a

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

copy of the subpoena or the court application that was filed to obtain the subpoena. I understand Mr. Kleiman did not investigate into whether Visual Supply Company properly obtained their subpoena. I understand that Mr. Kleiman also did not look into the WIPO domain name resolution proceedings referred to in paragraphs 37-38 of the Complaint in *Visual Supply Company v. Adam Khimji, et al.* (N.D. Cal. Case No. 3:24-cv-9361-WHO)

10.    For greater certainty, I am attaching the email in **Exhibit C** that Mr. Kleiman forwarded to me solely to illustrate that Visual Supply Company has utilized the subpoena that this Court had issued. Nothing in this Declaration should be construed as a waiver of attorney-client privilege or litigation privilege.

11.    Up to around end of December 2024, Mr. Kleiman was unsuccessful in convincing Visual Supply Company that I am in no way involved with the allegations they made in the cease-and-desist letter. I do not have a technology background to be capable of what Visual Supply Company is alleging. I believe my personal information was obtained by an unknown third-party without my consent and used without my knowledge for the alleged activities. I have no information on who may have obtained my personal information and used it.

12.    After Visual Supply Company filed the Complaint in *Visual Supply Company v. Adam Khimji, et al.* (N.D. Cal. Case No. 3:24-cv-9361-WHO), I have promptly signed the waiver of summons. Thereafter, I began searching for a California lawyer that could assist me. Eventually, I retained Mr. Simon Lin, who is called to the bars of California, British Columbia, and Ontario, to represent me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2025 in the City of Ottawa, Province of Ontario, Canada.



Adam Khimji

Declaration of Adam Khimji for the Motion to Quash Subpoena; Page 3/3

# EXHIBIT A

1  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail:        *zalinder@sideman.com*
2  ANDREW M. LEVAD (State Bar No. 313610)
   E-Mail:        *alevad@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
4  San Francisco, California 94111-3711
   Telephone:     (415) 392-1960
5  Facsimile:     (415) 392-0827
6
7  Attorneys for Plaintiff
   VISUAL SUPPLY COMPANY
8

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

9              **UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11 VISUAL SUPPLY COMPANY, a          Case No. 3:24-cv-9361
   Delaware corporation,
12                                   **COMPLAINT FOR DAMAGES AND
                Plaintiff,           INJUNCTIVE RELIEF FOR:**
13
        v.
14                                   1. **FEDERAL TRADEMARK
                                        INFRINGEMENT**
15 ADAM KHIMJI, an individual, and DOES    (15 U.S.C. § 1114))
   1 through 20, inclusive,         2. **FEDERAL UNFAIR COMPETITION**
16                                      (15 U.S.C. § 1125(a))
                Defendants.         3. **FEDERAL TRADEMARK DILUTION**
17                                      (15 U.S.C. § 1125(c)(2)(C))
                                    4. **CALIFORNIA STATUTORY UNFAIR
18                                     COMPETITION**
                                       (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)
19                                  5. **TRESPASS TO CHATTELS**
                                       (California Common Law)
20                                  6. **BREACH OF CONTRACT**
                                       (California Common Law)
21
22                                  **JURY TRIAL DEMAND**
23
24
25
26
27
28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## INTRODUCTION

1.      Plaintiff Visual Supply Company ("VSCO" or "Plaintiff") brings this action to stop the willful infringement and related unlawful conduct perpetrated by Defendants Adam Khimji ("Mr. Khimji") and DOES 1 through 20 (together with Mr. Khimji, "Defendants") in the course of Defendants' bad faith exploitation of VSCO, its platform, and its users, to generate ill-gotten and depraved profits.

2.      VSCO is a community-driven and creator-centric platform that equips photographers with the tools, community, and exposure they need to expand creatively and professionally. VSCO empowers photographers to connect with other creatives and businesses with its suite of creative tools that spans from mobile to desktop and across its global community.

3.      Each of the creatives and businesses who use VSCO must sign up with VSCO by registering a VSCO account, and in the process agree to VSCO's Terms of Use (the "TOU"). VSCO users instantly have access to the latest editing, community, and business tools to match their skills and needs. Members are also able to explore and build their creative network and a trusted community to connect with for support, inspiration, and opportunities along the way. However, anyone accessing VSCO is also bound by the TOU, which do not allow copying, scraping, or distribution of another user's content and also require agreement to jurisdiction and venue in this Court.

4.      Defendants, including specifically Mr. Khimji, have repeatedly violated the TOU and willfully infringed the VSCO Trademarks to perpetrate a depraved scheme to scrape, download, copy, aggregate, and redistribute for profit the images from VSCO users, primarily female users. Defendants, including specifically Mr. Khimji, created numerous websites that blatantly infringed the VSCO Trademarks and that were styled to appear as though VSCO had sponsored, authorized, and/or endorsed them. These websites included names like <vsco.club>, <vsco.page>, <vsco.top>, <backupvs.co>, <downloadvsco.co>, <vscolookup.com>, <novsco.co>, and <downloader.se>, among others. The content of these sites was misappropriated VSCO content, adding to the confusion and of course harm.

5.      Adding further to the sad and illegal conduct, Defendants, including specifically Mr. Khimji, sought to monetize this unlawful and infringing conduct, by soliciting payments and offering subscriptions to access these VSCO materials, including deleted photos and videos. Moreover, Defendant's depraved actions included the targeting of certain users to sexualize content posted to VSCO and profit off of such collections of content. Defendants claimed to have scraped, downloaded, and saved the account materials from over 10 million VSCO users and offered access to copies of the same to their "patrons" on Patreon for a fee.

6.      Defendants, including Mr. Khimji specifically, have taken extreme measures to conceal their true identities, including using various aliases. Defendants, including Mr. Khimji specifically, continued this scheme even after VSCO issued numerous takedown demands, sent cease and desist correspondence, and undertook legal proceedings including enforcement proceedings before the World Intellectual Property Organization ("WIPO"). Even after Mr. Khimji was personally identified by Patreon and Cloudflare by name, address, phone number, and credit card information, Mr. Khimji still refused to take responsibility. This further underscores Defendants' malicious intent, reprehensible character, and utter absence of remorse, requiring VSCO to bring this action to ensure that Defendants, including Mr. Khimji, never again target VSCO, its platform, or its users.

## THE PARTIES

7.      VSCO is a corporation organized under the laws of the State of Delaware. VSCO's headquarters and principal place of business is located at 548 Market St, Suite 92958, San Francisco, CA 94102.

8.      On information and belief, Mr. Khimji is a Canadian citizen whose primary residence is 1435 Prince of Wales Dr., Ottawa, ON K2C 1N5, Canada.

9.      The true names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants named herein as DOES 1 through 20, inclusive, are unknown to VSCO who, therefore, sues said Defendants by such fictitious names. VSCO will amend this Complaint to reflect the true names and capacities of these DOE Defendants when the same shall have been fully and finally ascertained.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

10.     VSCO is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE is legally responsible, in some manner, for the events and happenings herein referred to, and legally caused damages to VSCO as herein alleged.

11.     Numerous Reddit posts by Defendants make clear that Mr. Khimji did not act alone and that he is knowledgeable and familiar with these "DOE" co-conspirators, accomplices, partners, agents, and/or joint venturers. As such, VSCO is informed and believes, and thereon alleges, that at all times relevant to this action, each Defendant, including those fictitiously named Defendants, was the agent, servant, employee, partner, joint venturer, accomplice, conspirator, alter ego or surety of the other Defendants and was acting within the scope of that agency, employment, partnership, venture, conspiracy, or suretyship with the knowledge and consent or ratification of each of the other Defendants in doing the unlawful activities alleged in this Complaint.

## JURISDICTION AND VENUE

12.     This is an Action founded upon violations of Federal trademark laws, pursuant to 15 U.S.C. §§ 1051, *et seq.* This Court has original subject matter jurisdiction over this Action pursuant to 28 U.S.C. §§ 1331 and 1338(a)-(b), and 15 U.S.C. § 1121. This Court has supplemental jurisdiction over VSCO's state law claims for relief pursuant to 28 U.S.C. §§ 1338(b) and 1367 because the claims are so related to VSCO's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative facts.

13.     This Court has personal jurisdiction over Defendants because the Defendants accessed and used the VSCO website, which as set forth above and below requires consent to jurisdiction and venue in the state and federal courts of San Francisco County, California. Further, this Court has personal jurisdiction over Defendants because each Defendant, in participating in the scheme has willfully infringed intellectual property rights of VSCO, a known forum resident, including by infringing its trademarks and otherwise causing tortious injury to VSCO, within California, and within this District in particular. Further, Defendants have performed intentional acts expressly aimed at VSCO in this forum and thereby caused damage that they knew would be suffered by VSCO in this forum. Defendants have also misrepresented their websites and content

1  as having affiliation, authorization, endorsement, or sponsorship by "VSCO" to residents of

2  California, including within this District. Defendants further engaged in the unlawful conduct

3  alleged in this Complaint, with knowledge that VSCO is located in California.

4        14.    Venue is proper in the Northern District of California because as set forth above

5  Defendants have consented to jurisdiction and venue here. Further, venue is also proper in the

6  Northern District of California under 28 U.S.C. § 1391(b)(2) and 1391(c)(3) because a substantial

7  part of the events or omissions giving rise to the claims alleged in this Complaint occurred in this

8  judicial district. Further, this action may be assigned to any division in this district, as a case

9  involving "intellectual property rights" pursuant to the Court's Assignment Plan, General Order

10  No. 44.

## FACTUAL BACKGROUND

### VSCO And Its Intellectual Property Rights

13        15.    VSCO is a ground-breaking creative platform that empowers individuals to express

14  themselves through photography, video, and design. Since its founding in 2011, VSCO has

15  cultivated a large and vibrant community of creators, offering innovative tools and resources to

16  elevate visual storytelling. The company is renowned for its advanced photo and video editing

17  technology, including its proprietary presets, filters, and editing tools, which have become a

18  hallmark of the VSCO brand and experience. As a result, VSCO and the VSCO trademarks have

19  become widely recognized by the general public as famous and the VSCO brand has become well-

20  known for a high quality and innovative user experience.

21        16.    As part of its mission, VSCO has established and maintained a robust intellectual

22  property portfolio, which protects its innovative software, trademarks, copyrights, and other

23  proprietary content. This intellectual property is critical to preserving VSCO's brand integrity and

24  ensuring its tools and services remain distinctive and trusted by its hundreds of millions of users

25  worldwide. In addition, VSCO maintains technological access controls to prevent unauthorized

26  third parties from downloading VSCO users' content, sharing or distributing that content, and/or

27  accessing content that was deleted from those users' VSCO accounts.

28

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES

SIDEMAN & BANCROFT LLP

ONE EMBARCADERO CENTER 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

17.     Since VSCO's inception, VSCO has continuously used its distinctive VSCO name and trademarks comprised of or incorporating VSCO and VSCO's distinctive circular logo (hereinafter, collectively, the "VSCO Family of Marks") in United States commerce in connection with VSCO's goods and services. During this time, VSCO expended substantial resources in marketing, advertising, and promoting the VSCO Family of Marks and has derived substantial revenues from its sale of goods and services under the VSCO Family of Marks.

18.     VSCO's extensive and continuous marketing, advertising, and sale of goods and services under the VSCO Family of Marks has generated substantial fame, commercial goodwill, and consumer recognition in the VSCO Family of Marks. Today, consumers recognize the famous VSCO Family of Marks as an indicator of high-quality goods and services emanating from a single source: VSCO.

19.     The United States Patent and Trademark Office ("USPTO") has granted VSCO numerous trademark registrations in the typed word mark VSCO and VSCO's distinctive circular logo (collectively, the "VSCO Registrations"). VSCO also owns trademark applications for a separate version of VSCO's circular logo is currently pending registration, including as shown below:

| Mark | Registration Number(s) or Serial Numbers |
|---|---|
| VSCO | 4,273,434; 4,672,062; 4,262,139; 4,716,756 |
|  | 5,142,430; 5,271,667; 5,125,103 |
|  | 97/826430, 97/826434, 97/826424 (Currently pending registration) |

5
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

20.     The VSCO Registrations constitute *prima facie* and/or conclusive evidence of VSCO's exclusive right to use the VSCO Family of Marks with the goods and services identified in the registrations, as well as the goods and services that are within the natural zone of expansion of the goods and services identified in the VSCO Registrations, and all goods and services on which VSCO uses the VSCO Family of Marks at common law.

21.     As a result of VSCO's remarkable success, the VSCO Family of Marks have come to symbolize extraordinary goodwill and have achieved great fame both within the United States and around the world.

22.     Further, VSCO requires anyone who accesses or uses any of VSCO's websites, mobile apps, products, or services to assent to its TOU. The TOU, among other provisions, prohibit the unauthorized access, use, or exploitation of VSCO's platform, technology, and creative assets.

23.     Pursuant to the TOU, VSCO's users own the content that they post on VSCO's platform, including the copyrights in the images and other creative works that they post. However, the TOU further authorizes VSCO to enforce the intellectual property rights of its users on their behalf with respect to the content they post on VSCO's platform.

24.     In order to access any content on VSCO's iOS or Android applications, users must have an active, registered account. Visitors to VSCO's website are allowed to view some VSCO content; however, that access is limited to protect the content from scraping and from bad actors. While VSCO registered users can access published content posted to the VSCO platform, not all content is accessible, for example deleted content, and engagement with user content is often limited to paying members to ensure the integrity of the platform and authentic and positive interactions among members of VSCO's community.

### Defendants' Websites And Unlawful Conduct

25.     On information and belief, Mr. Khimji personally created and registered several internet domains including at least <vsco.club> and <glizzy.cafe> to enable his infringing and unlawful conduct. VSCO is informed and believes, and thereon alleges, that Mr. Khimji leveraged aliases, including "Aidan Salamon" and "Mike Hunt" to help conceal his true identity.

---

11673-0001                                           6                                    Case No. 3:24-cv-9361

1  Nevertheless, Mr. Khimji was identified by Cloudflare as the registrant for these two sites,

2  including with his name, address, phone number, and credit card information.

3        26.     On information and belief, Defendants, also created and registered several

4  additional internet domains, including at least <vsco.page>, <vsco.top>, <backupvs.co>,

5  <downloadvsco.co>, <vscolookup.com>, <downloader.se>, among others (collectively, with

6  <vsco.club> and <glizzy.cafe>, the "Infringing Websites") to enable their infringing and unlawful

7  conduct.

8        27.     On information and belief, Defendants also created several Reddit groups,

9  including at least r/VSCOsluts, r/VSCOsluts0, r/VSCOslutss, r/VSCOslutsz2, r/VSCOsloots, and

10  r/VSCO_Nudes, among others (collectively, the "Infringing Reddit Communities"), to enable and

11  publicize their infringing and unlawful conduct and thereby increase the reach and monetization of

12  their infringing and unlawful conduct.

13        28.     VSCO is informed and believes, and thereon alleges, that Defendants, including

14  specifically Mr. Khimji, used technological means to circumvent VSCO's access controls to

15  scrape, download, and aggregate images of VSCO users and related data that those users had

16  uploaded to their VSCO accounts.

17        29.     The VSCO users whose images and related data Defendants targeted are primarily

18  female users.

19        30.     Defendants, including specifically Mr. Khimji, published the images and related

20  data that he had scraped from VSCO's platform on the Infringing Websites and other online

21  forums, including at least in the Infringing Reddit Communities.

22        31.     Mr. Khimji also registered a Patreon account at https://www.patreon.com/vscoclub,

23  whereby he sought to monetize his illegal conduct by collecting payment for access to these

24  VSCO users' deleted content and advertised that he had "10+ million accounts saved."

25        32.     In addition, VSCO is informed and believes, and thereon alleges, that Mr. Khimji

26  also maintained a personal repository of the images and related data that he had scraped from

27  VSCO's platform.

28

SIDEMAN & BANCROFT LLP

LAW OFFICES

ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## VSCO's Enforcement Efforts Against Defendants' Websites

33. VSCO discovered the Infringing Websites and Infringing Reddit Communities in or about May 2023.

34. In or about May 2023, July 2023, July 2023, December 2023, January 2024, March 2024, April 2024, May 2024, July 2024, September 2024, October 2024, and November 2024, VSCO submitted trademark and copyright infringement reports to the domain registrars and web hosts for the Infringing Websites, requesting they take down or disable access to the Infringing Websites. VSCO is informed and believes, and thereon alleges, that copies of these infringement reports were provided to Defendants by the domain registrars and web hosts.

35. In or about December 2023, January 2024, February 2024, July 2024, August 2024, September 2024, and October 2024, VSCO submitted trademark and copyright infringement reports to Reddit, requesting Reddit take down or disable access to the Infringing Reddit Communities. VSCO is informed and believes, and thereon alleges, that copies of these infringement reports were provided to Defendants by Reddit.

36. On July 28, 2023, through counsel, VSCO sent a cease and desist demand letter to the email address listed on <vsco.club> and <glizzy.cafe>: "vscoclub@protonmail.com." VSCO is informed and believes, and thereon alleges, that Mr. Khimji created and operated the email address "vscoclub@protonmail.com," and received this demand letter. Mr. Khimji never responded to that demand letter.

37. On August 28, 2023, VSCO filed a complaint pursuant to the Uniform Domain Name Dispute Resolution Policy ("UDRP") in the WIPO Arbitration and Mediation Center, seeking the transfer of the <vsco.page>, <vsco.club>, and <glizzy.cafe> domains from Defendants to VSCO. *See Visual Supply Company ("VSCO") v. Nice IT Services Group Inc., Customer Domain Admin and Aiden Salamon*, WIPO Case No. D2023-3616 (Oct. 20, 2023). On October 20, 2023, the WIPO panel appointed to this action determined that Defendants had violated the UDRP and ordered the transfer of <vsco.page>, <vsco.club>, and <glizzy.cafe> from Defendants to VSCO. VSCO is informed and believes, and thereon alleges, Mr. Khimji received notice and copies of all WIPO correspondence and pleadings related to this UDRP action.

38.     On February 9, 2024, VSCO filed a complaint pursuant to UDRP in the WIPO Arbitration and Mediation Center, seeking the transfer of the <vsco.top> domain from Defendants to VSCO. *See Visual Supply Company ("VSCO") v. Nice IT Services Group Inc., Customer Domain Admin*, WIPO Case No. D2024-0621 (Apr. 3, 2024). On April 3, 2024, the WIPO panel appointed to this action determined that Defendants had violated the UDRP and ordered the transfer of <vsco.top> from Defendants to VSCO. VSCO is informed and believes, and thereon alleges, Defendants received notice and copies of all WIPO correspondence and pleadings related to this UDRP action.

### VSCO Identifies Mr. Khimji And Repeatedly Demands That He Cease And Desist His Unlawful Activities, To No Avail

39.     On June 28, 2024, VSCO initiated *In re DMCA Subpoenas to Cloudflare, Inc., et al.*, No. 24-mc-80159-SK (N.D. Cal.) pursuant to 17 U.S.C. § 512(h) of the Digital Millennium Copyright Act ("DMCA"), seeking the issuance of subpoenas ("DMCA Subpoenas") to certain service providers involved in the Infringing Websites and Mr. Khimji's scheme. In the DMCA Subpoenas, VSCO sought documents and other information necessary to ascertain Mr. Khimji's true identity.

40.     Patreon, Inc. ("Patreon") and Cloudflare, Inc. ("Cloudflare") provided documents to VSCO in response to the DMCA Subpoenas.

41.     Patreon and Cloudflare both produced the payment records and other electronic records associated with the Infringing Websites to VSCO. Both Patreon and Cloudflare's payment records display Mr. Khimji's full name; his physical address at 1435 Prince of Wales Dr., Ottawa, ON K2C 1N5, Canada; and his email address at vscoclub@protonmail.com. This further confirmed that Mr. Khimji, at a minimum, received notice and copies of all WIPO correspondence and pleadings related to the UDRP action (WIPO Case No. D2023-3616), as alleged above.

42.     On October 4, 2024, VSCO sent Mr. Khimji another letter, demanding that he cease and desist his unlawful activity and cooperate in VSCO's investigation into this matter.

43.     While Mr. Khimji retained counsel to respond and negotiate, ultimately, Mr. Khimji refused to comply with VSCO's demands and continued to deny involvement, despite

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1   being presented with the records that identified him by name, address, telephone number, and

2   credit card number. Mr. Khimji's refusal to comply with VSCO's demands and refusal to even

3   take any accountability confirmed his bad faith, malicious intent, and complete lack of remorse,

4   requiring VSCO to take action to protect itself, its brand, and its members.

5       44.    Mr. Khimji's acts as alleged herein have caused, and, unless said acts are restrained

6   by this Court, will continue to cause VSCO to suffer irreparable injury.

7       45.    VSCO has no adequate remedy at law and is therefore entitled to injunctive relief.

8   **FIRST CAUSE OF ACTION**

9   **(Federal Trademark Infringement – 15 U.S.C. § 1114)**

10      46.    VSCO incorporates each of the preceding paragraphs as if fully set forth herein.

11      47.    VSCO owns the VSCO Family of Marks, as described above. The VSCO Family of

12  Marks are valid and protectable. Consumers recognize the VSCO Family of Marks as designating

13  VSCO as the source of goods and services. At all relevant times, Defendants had actual and/or

14  statutory notice of VSCO's registrations of the VSCO Family of Marks.

15      48.    Defendants used in commerce without the consent of VSCO one or more of the

16  VSCO Family of Marks in connection with the VSCO Services. Defendants' use of the VSCO

17  Family of Marks is likely to cause confusion among ordinary consumers as to the source,

18  sponsorship, affiliation, or approval of Defendants' websites and/or the services offered thereon.

19      49.    As a direct and proximate result of Defendants' foregoing acts, VSCO has been

20  damaged and has suffered and will continue to suffer immediate and irreparable injury. VSCO is

21  informed and believes that, unless said conduct is enjoined by this Court, Defendants will continue

22  and expand those activities to the continued and irreparable injury of VSCO. This injury includes

23  a reduction in the distinctiveness of the VSCO Family of Marks and injury to VSCO's goodwill

24  that damages cannot remedy. VSCO has no adequate remedy at law.

25      50.    VSCO is entitled to a permanent injunction pursuant to 15 U.S.C. § 1116,

26  restraining and enjoining Defendants' and their agents, servants, employees, and all persons acting

27  thereunder, in concert with, or on their behalf, from using in commerce the VSCO Family of

28  Marks or any colorable imitations thereof.

51.     As a direct and proximate result of their infringements, Defendants have realized unjust profits, gains, and advantages at the expense of VSCO. In addition, VSCO has suffered substantial loss and damages to its property and business, including significant monetary damages as a direct and proximate result of Defendants' infringements. The harm caused by Defendants' unlawful conduct entitles VSCO to recovery of all available remedies under the law, including maximum statutory damages (if elected). Further, pursuant to 15 U.S.C. § 1117, VSCO is entitled to recover (i) Defendants' profits, increased to adequately compensate VSCO; (ii) up to treble VSCO's ascertainable damages; (iii) VSCO's costs of suit; and (iv) prejudgment interest. Defendants' willful use of the VSCO Family of Marks without excuse or justification to exploit young women and girls, and other relevant factors, renders this an exceptional case and entitles VSCO to its reasonable attorneys' fees.

52.     Pursuant to 15 U.S.C. § 1118, VSCO is entitled to an order requiring that Defendants deliver up for destruction of all goods in Defendants' possession or control that bear any of the VSCO Family of Marks.

## SECOND CAUSE OF ACTION

### (Federal Unfair Competition – 15 U.S.C. § 1125(a))

53.     VSCO incorporates each of the preceding paragraphs as if fully set forth herein.

54.     As a result of VSCO extensive and continuous marketing, advertising, and sale of goods and services under the VSCO Family of Marks, the VSCO Family of Marks have become famous and VSCO has become identified in the public mind as the entity behind goods and services offered under the VSCO Family of Marks.

55.     As a result of VSCO's extensive experience and care in providing goods and services under the VSCO Family of Marks, VSCO has acquired a reputation for excellence. Moreover, the VSCO Family of Marks have become associated with VSCO and have come to symbolize the reputation for quality and excellence of VSCO goods and services. As such, the VSCO Family of Marks are distinctive and famous.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

11673-0001                    11                    Case No. 3:24-cv-9361
COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

56.     Defendants are not authorized to use the VSCO Family of Marks, any confusingly similar mark, or any mark that in any way represents or implies that Defendants, their websites, or the services offered thereon are in any way associated with VSCO.

57.     Defendants' unauthorized use of the VSCO Family of Marks as alleged herein constitutes unfair competition, false association, and false designation of origin in violation of 15 U.S.C. § 1125(a). Defendants, with knowing, willful, and intentional disregard for VSCO's rights, advertised, promoted, and sold subscriptions for services bearing the likeness of the VSCO Family of Marks. Such acts are likely to cause confusion and mistake with an appreciable number of reasonable customers as to the source or sponsorship of Defendants' websites and the services offered thereon.

58.     As a direct and proximate result of Defendants' actions, VSCO has suffered, and will continue to suffer, irreparable injury to its business, brand reputation, and goodwill, unless and until the Court permanently enjoins Defendants' actions. VSCO has no adequate remedy at law.

59.     As a direct and proximate result of their infringements, Defendants have realized unjust profits, gains and advantages at the expense of VSCO, including as set forth above. In addition, VSCO has suffered substantial loss and damages to its property and business, including significant monetary damages as a direct and proximate result of Defendants' infringements, including as set forth above. The harm caused by Defendants' unlawful conduct entitles VSCO to recovery of all available remedies under the law, including but not limited to actual damages, infringers' profits, treble damages, statutory damages (if elected), reasonable attorney fees, costs, and prejudgment interest.

60.     This is an exceptional case within the meaning of Section 35 of the Lanham Act, 15 U.S.C. § 1117, entitling VSCO to its reasonable attorneys' fees.

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**THIRD CAUSE OF ACTION**

**(Federal Trademark Dilution – 15 U.S.C. § 1125(c)(2)(C))**

61.     VSCO incorporates each of the preceding paragraphs as if fully set forth herein.

62.     As a result of VSCO's extensive and continuous marketing, advertising, and sale of goods and services under the VSCO Family of Marks, the VSCO Family of Marks have become famous and VSCO has become identified in the public mind as the entity behind goods and services offered under the VSCO Family of Marks.

63.     The VSCO Family of Marks became famous prior to the time Defendants commenced their infringing activities described herein.

64.     Defendants have made use of the VSCO Family of Marks in commerce, including by including the VSCO Family of Marks or colorable imitations thereof, in connection with websites and online platforms that exploit VSCO and its users, including exploiting content from the accounts of young women and girls.

65.     Defendants' use of the VSCO Family of Marks is thus likely to cause or already has caused dilution by tarnishment because VSCO offers a safe, supportive online community and Defendants used the VSCO Family of Marks to create and contribute to websites and online platforms that objectify, exploit, and denigrate young women and girls; thus VSCO's reputation is tarnished by Defendants' use of the VSCO Family of Marks.

66.     Defendants' unlawful acts described herein are also likely to dilute by blurring the distinctive quality of the VSCO Family of Marks in violation of 15 U.S.C. § 1125(c).

67.      Defendants' actions demonstrate an intentional, willful, and malicious intent to trade on the goodwill associated with the VSCO Family of Marks and to cause dilution of the VSCO Family of Marks to the great and irreparable injury of VSCO.

68.      As a direct and proximate result of Defendants' actions, VSCO has suffered, and will continue to suffer, irreparable injury to its business, reputation, and goodwill, unless and until the Court permanently enjoins Defendants' actions. VSCO has no adequate remedy at law.

69.     As a direct and proximate result of Defendants' actions, VSCO has suffered, and will continue to suffer, monetary damages in an amount to be proven at trial.

70.     Defendants' conduct also renders this case exceptional within the meaning of Section 35 of the Lanham Act, 15 U.S.C. § 1117, entitling VSCO to its reasonable attorneys' fees.

**FOURTH CAUSE OF ACTION**

**(California Statutory Unfair Competition – Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**

71.     VSCO incorporates all of the above paragraphs as though fully set forth herein.

72.     Defendants engaged in unlawful, unfair, and/or fraudulent business acts and practices within the meaning of the UCL, among other reasons, by infringing and diluting the value of VSCO's registered and common-law trademarks and violating California and Federal law as set forth herein. Further, their alleged conduct was unfair in that Defendants' actions, as alleged herein, significantly threatened and/or harmed competition through infringement, dilution, trespass, contractual breaches, and false advertising.

73.     Among other things, Defendants' unauthorized use of the VSCO Family of Marks infringes VSCO's exclusive rights to those marks, is likely to cause confusion, mistake, or deception as to the source or sponsorship of Defendants, their websites, and/or the services offered thereon, and is likely to deceive the public into believing that Defendants, their websites, and/or the services offered thereon are sponsored, endorsed, or approved by VSCO, or are otherwise associated with VSCO.

74.     As a proximate result of Defendants' actions, VSCO has suffered, and will continue to suffer, great and irreparable injury and damage to its business and goodwill, including a reduction in the distinctiveness of its VSCO Family of Marks. Unless Defendants are restrained and enjoined from engaging in said unlawful conduct, Defendants will continue to engage in the same, causing further great and irreparable injury and harm. The balance of equities and public interest both favor enjoining Defendants' wrongful conduct. Further, as a direct and proximate result of Defendants' unlawful and unfair business practices, VSCO has lost money and property, and has suffered irreparable injury to its brand, business reputation, and goodwill. As such, VSCO's remedy at law is not adequate to compensate for the injuries inflicted by Defendants. Accordingly, VSCO is entitled to temporary, preliminary, and permanent injunctive relief against Defendants, in addition to restitution in an amount to be proven at trial.

LAW OFFICES

SIDEMAN & BANCROFT LLP

ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## **FIFTH CAUSE OF ACTION**

### **(California Common Law Trespass to Chattels)**

75. VSCO incorporates all of the above paragraphs as though fully set forth herein.

76. VSCO owns, possesses, and/or has the right to possess the servers and infrastructure used to run its business, as well as the documents, data, information and other materials (not including creator content) on the VSCO platform.

77. Defendants intentionally interfered with VSCO's use and possession of its servers and infrastructure, as well as the documents, data, information and other materials (not including creator content) on the VSCO platform.

78. Defendants' interferences, aggregating, downloading, and scraping as described above was not authorized or consented to by VSCO. Defendants were not authorized to scrape or download the documents, data, information and other materials (not including creator content) on the VSCO platform, and indeed, were prohibited from doing so by the TOU and account and product protections implemented by VSCO. Further Defendants were prohibited from using content from the VSCO platform for any commercial purpose, further harming VSCO and violating its TOU. Defendants' trespasses caused actual harm to VSCO, its platform, and its goodwill, and further threaten to cause additional significant harm and injury to the same if left unabated.

79. As a proximate result of Defendants' actions, VSCO has suffered and will continue to suffer great and irreparable injury and damage to its business and goodwill. Unless Defendants are restrained and enjoined from engaging in said unlawful conduct, Defendants will continue to engage in the same, causing further great and irreparable injury and harm. The balance of equities and public interest both favor enjoining Defendants' wrongful conduct. Accordingly, VSCO is entitled to all available remedies under the law, including monetary damages in an amount to be proven at trial, as well as temporary, preliminary, and permanent injunctive relief as set forth below.

**SIXTH CAUSE OF ACTION**

**(Breach of Contract)**

80.     VSCO incorporates all of the above paragraphs as though fully set forth herein.

81.     VSCO's TOU apply to anyone who accesses VSCO's websites, mobile apps, products, or services, whether as registered users or guests.

82.     Defendants accessed VSCO's websites and services in connection with the aforesaid acts. Access to the VSCO platform is controlled by account creation and registration, which requires the users, including Defendants, to agree to the TOU. As such, Defendants assented to the TOU.

83.     The TOU prohibit illegal conduct and conduct that could harm VSCO users. The TOU further prohibit the usage, copying, distribution, or exploitation of VSCO's services or any content made available through VSCO's services for any commercial purpose, including the scraping of information or content from VSCO's platform.

84.     VSCO has substantially complied with all conditions, covenants, and promises required to be performed under the TOU, and all conditions required for Defendants' performance under the TOU have occurred.

85.     Defendants have materially breached the TOU by engaging in the conduct alleged in this Complaint, including but not limited to by engaging in violations of intellectual property laws; using, copying, distributing, and exploiting VSCO's services and VSCO user content made available through VSCO's services for a commercial purpose; and scraping information and content from VSCO's platform.

86.     As a result of Defendants' breach of the TOU, VSCO has been harmed, entitling it to all remedies available under the law, including but not limited to damages in an amount to be proven at trial.

**PRAYER FOR RELIEF**

A)     Judgment in VSCO's favor and against Defendants on all causes of action alleged herein;

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

B)      Orders to temporarily, preliminarily, and permanently enjoin Defendants and each of their affiliates, officers, partners, associates, agents, servants and employees, and all others acting for, with, by, through, under, or in concert with Defendants, from:

        i.    using any of the VSCO Family of Marks or any other copy, reproduction, colorable imitation, or simulation thereof on or in connection with Defendants' websites and/or the services offered thereon;

      ii.    directly or indirectly infringing VSCO trademarks in any manner including, but not limited to, advertising, selling, and/or offering for sale; any goods or services bearing any confusingly similar imitations of any of the VSCO Family of Marks;

    iii.    promoting or facilitating any services in any manner that is likely to confuse, mislead, or deceive members of the public into believing that Defendants, or any of his agents, products, or services are associated with VSCO, are sponsored, approved, or licensed by VSCO, or are in any other way connected or affiliated with VSCO;

    iv.    further accessing the VSCO platform for any reason;

     v.    further distributing, scraping, downloading, copying, transferring, or otherwise using any content obtained from the VSCO platform;

    vi.    assisting or authorizing any third party to engage in any of the actions prohibited by subparagraphs B(i)–(v) above, inclusive; and,

    vii.    effecting assignments or transfers, forming new entities or associations or utilizing any other means or device for the purpose of circumventing or otherwise avoiding prohibitions set forth in subparagraphs B(i)–(vi), inclusive;

C)      Direct Defendants, pursuant to 15 U.S.C. § 1116(a), to file with the Court and serve upon VSCO, within thirty (30) days of the entry of the injunctions requested herein, a written report under oath or affirmed under penalty of perjury setting forth in detail the form and manner in which it has complied with the injunctions;

LAW OFFICES

SIDEMAN & BANCROFT LLP

ONE EMBARCADERO CENTER 22ND FLOOR

SAN FRANCISCO, CALIFORNIA 94111-3711

D)  Declare that Defendants' infringement and dilution of the VSCO Family of Marks and its unfair competition are and have been willful and committed with reckless disregard of VSCO's rights;

E)  Order Defendants to deliver up for destruction all merchandise in their possession or control that this Court finds to be infringing any of the VSCO Family of Marks or that constitute materials improperly scraped, downloaded, copied, or otherwise taken from the VSCO platform in any way;

F)  Order Defendants, at their own expense, to recall from any third parties all merchandise that this Court finds to be infringing any of the VSCO Family of Marks or any confusingly similar trademarks, that constitute materials improperly scraped, downloaded, copied, or otherwise taken from the VSCO platform in any way, and that Defendants deliver it up to VSCO for impoundment and eventual destruction;

G)  Damages in an amount to be further proven at trial;

H)  Maximum statutory damages to the extent elected;

I)  Punitive, enhanced, and/or exemplary damages to the fullest extent available under the law;

J)  Any profits earned by Defendants that are attributable to Defendants' infringement;

K)  Costs of suit incurred herein;

L)  Prejudgment interest;

M)  Attorneys' fees and costs to fullest extent available under the law; and,

N)  Such other and further relief as the Court may deem to be just and proper.

DATED: December 23, 2024          Respectfully submitted,

SIDEMAN & BANCROFT LLP


By: _____
Zachary J. Alinder
Andrew M. Levad
*Attorneys for Plaintiff Visual Supply Company*

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

## JURY DEMAND

Pursuant to Civ. L.R. 3-6 and Fed. R. Civ. Proc. 38, Plaintiff VSCO hereby demands a trial by a jury on all issues herein so triable.


DATED: December 23, 2024                    Respectfully submitted,

                                            SIDEMAN & BANCROFT LLP


                                            By: _____
                                                Zachary J. Alinder
                                                Andrew M. Levad
                                                *Attorneys for Plaintiff Visual Supply Company*

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

# EXHIBIT B



One Embarcadero Center, Twenty-Second Floor

San Francisco, California 94111-3711

Telephone: (415) 392-1960

Facsimile: (415) 392-0827

**Zachary J. Alinder**

zalinder@sideman.com

October 4, 2024

**VIA EMAIL AND FEDEX EXPRESS**

Adam Khimji                         Adam Khimji
1435 Prince of Wales Dr.            235 Queen St.
Ottawa, ON K2C 1N5                  Ottawa, ON K1A 0H5
Canada                              Canada

Emails: Adam.Khimji@ISED-ISDE.GC.CA; vscoclub@protonmail.com

**Re:    Cease and Desist re VSCO IP Infringements and Demand For Compliance**

Dear Mr. Khimji,

      We represent Visual Supply Company ("VSCO") in relation to certain legal matters. Our investigation has established that you are the creator and operator of several websites that infringe and trespass on VSCO's intellectual property and invade the privacy of and otherwise harm VSCO's users.  In doing so, you have violated VSCO's terms of service, and used technological means to circumvent VSCO's access controls to scrape, download, and aggregate images of women and girls—including images of minors—for distribution to others, which you monetized through various websites and at least one associated Patreon account.  These unlawful and infringing websites include at least <vsco.club> and <glizzy.cafe> (collectively, the "Infringing Websites").

      **To be clear, this conduct is illegal, and VSCO demands that <u>YOU immediately and forever cease and desist from any further illegal conduct in relation to VSCO or its users</u>.  VSCO further demands that you cooperate in its investigation and that you compensate VSCO for the harm that you have caused, including but not limited to its investigative and legal expenses.  This letter represents a one-time opportunity to resolve this dispute and avoid publicly-filed U.S. Federal Court litigation.  If you are represented by counsel in connection with this matter, please provide this letter to your counsel and have them respond immediately.**

      **The VSCO IP.**

      VSCO owns numerous U.S. federal trademark registrations for its famous VSCO word mark and logo, including U.S. Trademark Reg. Nos. 4,672,062; 4,273,434; and 4,716,756.  VSCO similarly owns numerous Canadian and international trademark registrations for these marks, including Canada Trademark Reg. Nos. TMA1001520 and TMA861556, and International Trademark Reg. No. 1661739.  VSCO further owns

Adam Khimji
October 4, 2024
Page 2

substantial common law trademark rights covering use of its famous VSCO word mark and logo on a variety of products and services beyond those identified in its extensive and global trademark portfolio.

The copyright-protected images depicted on the VSCO website are the intellectual property of individual VSCO creators.  Pursuant to VSCO's Terms of Use,[1] VSCO creators grant VSCO and its agents the right to pursue infringement claims under the Copyright Act and Digital Millennium Copyright Act for unauthorized reproductions of VSCO creators' photographs.

In addition, the names, photographs, and likenesses of individual VSCO creators are protected by those creators' rights of publicity.  Pursuant to VSCO's Terms of Use, VSCO creators also grant VSCO and its agents the right to pursue infringement claims for violations of their rights of publicity through unlawful commercialization of their photographs and likenesses.

### **Your Unlawful Activities Using The VSCO IP.**

Our investigation has revealed that you, under the aliases "Aidan Salamon" and "Mike Hunt," registered several domains including at least <vsco.club> and <glizzy.cafe>, and created the Infringing Websites.  On the Infringing Websites, you used VSCO's famous VSCO word mark and logo, and posted erotic photographs of young women and girls, including images of minors, that you copied and downloaded through unauthorized access to VSCO's websites and creator profiles.  An example of the content you posted on the Infringing Websites is attached hereto as **Exhibit A**.

You infringed upon VSCO's trademark rights by using the VSCO trademark in a manner that created a substantial likelihood that consumers will be confused into believing that you and/or the Infringing Websites are affiliated with, sponsored or endorsed by VSCO, and/or are otherwise related to VSCO, when no such relationship exists.  This likelihood of confusion is exacerbated by your incorporation of the VSCO trademark into the domain name of the Infringing Websites, such as vsco.club.  Unauthorized use of VSCO's trademarks in this way violates VSCO' rights under the Lanham Act, consumer protections statutes, and the common law.

Moreover, the Infringing Websites targeted VSCO users, specifically, young women and girls, and used illegal tactics to steal those VSCO users' copyright-protected images (the "Protected Images").  According to our investigation, you accessed VSCO's website (https://www.vsco.co/) without authorization and using technological measures to circumvent certain access protections VSCO has put in place to protect its user's content and images.  Your knowing and unlawful distribution and display of the Protected Images was unauthorized and constitutes copyright infringement.  Moreover, the Infringing Websites permitted their users to download and save local copies of the Protected Images, thereby

---

[1] *See* https://www.vsco.co/about/terms-of-use.

Adam Khimji
October 4, 2024
Page 3

facilitating unauthorized access to downloadable digital copies of the Protected Images in violation of at least the anti-trafficking provisions of the Digital Millennium Copyright Act.

In addition, to monetize the Infringing Websites and the copyrighted photographs displayed thereon, you created a Patreon account at https://www.patreon.com/vscoclub, whereby you sought to collect payment for access to these young women and girls' deleted content and advertised that you "have 10+ million accounts saved."  A printout of this Patreon account is attached hereto as **Exhibit B**.  You also solicited additional payments from internet users on the Infringing Websites themselves and on Reddit; an example of your solicitations of payment on the Infringing Websites and on Reddit is attached hereto as **Exhibit C**.  Commercialization of these young women and girls' photographs without their consent violates their rights of publicity under U.S. state law, *e.g.*, Cal. Civ. Code § 3344.

Finally, your use of VSCO's websites, mobile apps, products, and services binds you to VSCO's Terms of Use, and your unlawful conduct involving the Infringing Websites described above constitutes a breach of those Terms of Use, trespass, interference, and unfair competition under California state law as well.  Pursuant to VSCO's Terms of Use, your use of VSCO's websites, mobile apps, products, and services to create the Infringing Websites subjects you to the jurisdiction of the courts located in San Francisco, California, for litigation arising from the unlawful conduct discussed above.

All of the legal transgressions described herein carry civil penalties, including statutory damages, compensatory damages, enhanced damages for willful infringement, injunctive relief, attorneys' fees, and costs.  VSCO will not hesitate to seek the maximum penalties against you in the public forum of U.S. federal court to remedy your violations of VSCO and its users' rights.  Given your unauthorized access of the accounts of young women and minor girls to hack, scrape, copy, download, and distribute their intimate photographs without their consent for your own material gain, and lurid characterizations of them on forums like "VSCOsluts," the likelihood of enhanced and/or punitive damages is high.  Your conduct exploits real individuals with rights and dignity that must be respected, and that VSCO intends to protect with all available remedies.  In short, **VSCO takes these matters very seriously and any failure to cooperate fully and comply with VSCO's demands will result in swift action.**

This letter shall serve as a cease and desist demand and cooperation offer that will remain open only until **October 14, 2024**.  On or before that date, please confirm in writing to my attention that you agree to and will immediately cease and desist and comply as follows:

1. Cease and desist all access by any means to VSCO's services, including, but not limited to, VSCO's websites, mobile applications, creator profiles, and creator content;

2. Cease and desist any and all activity in relation to VSCO or its users in any way, including but not limited to ceasing and desisting from (i) any use of the VSCO

Adam Khimji
October 4, 2024
Page 4

trademarks and/or any other marks likely to cause confusion with the VSCO trademarks in connection with any website, web domains, mobile applications, advertisements, marketing materials, digital media, and/or social media, or (ii) any hacking, accessing, copying, downloading, or distributing any photos, content, or any other materials from VSCO or any VSCO creator or user; and,

3. Fully and forever delete and destroy any and all copies, in any format whatsoever, and wherever stored, of any photos, content, or other materials from VSCO or any VSCO creator or user, <u>after</u> providing one copy of all such materials to us for preservation purposes as described below.

In addition to VSCO's cease and desist and compliance demands above, VSCO requires your cooperation with its ongoing investigation and your payment of damages and costs, as follows, and requires your confirmation that you will comply with these demands by **<u>October 12, 2024</u>**.  The demands include:

4. Identify with specificity any and all individuals and/or entities involved in any way with the creation, development, and/or operation of the Infringing Websites, as well as any similar or related websites, mobile applications, social media, and/or other online forums;

5. Identify with specificity all other websites, web domains, mobile applications, social media, and/or other online forums that provide services similar or related to those provided on the Infringing Websites, and provide all information that you have regarding the owners/operators of those other websites, domains, apps, social media, forums, or services, including but not limited to their full names, emails addresses, website names, user handles, residence addresses, phone numbers, and any other contact information you possess;

6. Provide a detailed and precise account of the technological methods and/or mechanisms you used to gain access to, hack, scrape, download, and/or distribute VSCO's websites, creator content, and/or photo data, including but not limited to in relation to the Infringing Websites;

7. Preserve all documents, records, and data, and communications related to this matter and/or the Infringing Websites, including, but not limited to, emails, text messages, call logs, photos, creator content, and/or any other materials, whether in physical or electronic form, including in all personal and professional devices and/or accounts.

8. Provide a full and complete copy of all documents/data set forth above in No. 7 for VSCO to use at its sole and complete discretion in its ongoing investigation of these matters.

9. Agree to compensate VSCO for its reasonable damages and costs incurred, in an amount to be agreed between the parties.

Adam Khimji
October 4, 2024
Page 5


     As set forth above, VSCO requires a response agreeing its demands no later than **October 14, 2024**.  Please respond to my email directly.  Or if you are represented by legal counsel, please have them contact me no later than this deadline.  VSCO reserves all rights and remedies in relation to these matters.

                Very truly yours,

                Zachary Alinder

11673-1\7414480

# EXHIBIT A

Page 1
Downloads | GlizzyCafe – VSCO Downloader
https://glizzy.cafe/downloads/1

You may experience other errors. please let me know if you do: https://mailhide.io/en/e/6tUfuc    ✕

# Glizzy Cafe

Search    AI Search    Downloads    Popular Downloads    Reverse    About    ☀    **Login or Signup**

Most Recent    Popular    Tags

‹ **1** 2 3 ... 98 99 100 ›


















Most Recent    Popular    Tags

‹ **1** 2 3 ... 98 99 100 ›

GlizzyCafe

© 2023 Copyright GlizzyCafe

Page 1
Downloads | GlizzyCafe - VSCO Downloader
https://glizzy.cafe/downloads/2

You may experience other errors. please let me know if you do: https://mailhide.io/en/e/6fiUfuc    ✕

## Glizzy Cafe 🍩

Search    AI Search    Downloads    Popular Downloads    Reverse    About    ☀    Login or Signup

**Most Recent**    Popular    Tags

‹  1  **2**  3  4  ...  98  99  100  ›











**Most Recent**    Popular    Tags

‹  1  **2**  3  4  ...  98  99  100  ›

### GlizzyCafe

@ 2023 Copyright GlizzyCafe

Page 1
Downloads | GlizzyCafe - VSCO Downloader
https://glizzy.cafe/downloads/3



**Glizzy Cafe**

Search    AI Search    Downloads    Popular Downloads    Reverse    About    Login or Signup

Most Recent    Popular    Tags

‹  1  2  **3**  4  …  98  99  100  ›









Most Recent    Popular    Tags

‹  1  2  **3**  4  …  98  99  100  ›

GlizzyCafe

@ 2023 Copyright GlizzyCafe

# EXHIBIT B

Case 3:24-bk-00109-KKD    Document 9-1    Filed 05/12/25    Page 36 of 46



Find a creator          Create on Patreon          Log in

# VSCO.CLUB



## VSCOClub

creating pictures and videos

**Become a patron**

## Choose your membership



**Support the site!**
$10 / month

**JOIN**

This tier is just to support the site the tangible benefits. I'll use this to pay for web hosting etc.

• General Support



**View deleted users: pictures/videos**
$15 / month

**JOIN**

I will post a new every other day at a minimum sometimes daily. You will get access to all the pictures and videos of people that deleted their account. This may not include ALL the pictures/videos they uploaded, but I will post what I have for them.

• General Support
• View deleted users pictures/videos

**Request users**
$25 / month

**JOIN**

I will take requests from any user you want (about 10-20 accounts per month). I will send the entire account of the user, all photos and videos they uploaded that I could recover. If somehow many deleted pictures/videos so soon.

I have 10+ million accounts saved on the side are high I have what you're looking for.

• General Support
• View deleted users pictures/videos
• Request users

## About VSCOClub

I am just a student doing this on my side, so I really would appreciate anything to help. I have many, many users saved from vsco so this request user tier would help me pay for the site more and in return I will post a couple users a week. The entire acct is just the folder with the photos of the pictures/videos they uploaded and the the custom pledge faster if you're feeling more generous, but please don't feel obligated :)

## Recent posts by VSCOClub



Unlock this post by becoming a patron
**Join to unlock**

**beya nya**
More info...
Read more
3 days ago   ♡ 0   💬 0



Unlock this post by becoming a patron
**Join to unlock**

**korotkaa390**
korotkaa390...
Read more
June 30   ♡ 0   💬 0



Unlock this post by becoming a patron
**Join to unlock**

**korhaginakate**
korhaginakate...
Read more
June 21   ♡ 0   💬 0



Unlock this post by becoming a patron
**Join to unlock**

**korhaginak**
korhaginak...
Read more
June 21   ♡ 0   💬 0

**New website...**
New website...
Read more
June 21   ♡ 0   💬 0

## NEW WEBSITE!



Hopefully last update on the website/vsco lawyer saga...
**Join to unlock**

**Hopefully last update on the website/vsco lawyer saga.**
Hopefully last update on the website/vsco lawyer saga...
Read more
June 1   ♡ 0   💬 0



Update...
**Join to unlock**

**Update - website back up**
Update...
Read more
May 28   ♡ 1   💬 0



Bad news....
**Join to unlock**

**Very bad news**
Bad news...
Read more
May 24   ♡ 1   💬 0



Unlock this post by becoming a patron
**Join to unlock**

**marlena2188**
marlena2188...
Read more
May 19   ♡ 0   💬 0

Unlock this post by becoming a patron
**Join to unlock**

**marlena3**
marlena3...
Read more
May 7   ♡ 1   💬 0

**View more posts**

⊕ English (United States)   $ USD
Report this creator   •   © 2025 Patreon

**Create on Patreon**

EXHIBIT C

Page 1
GlizzyCafe - VSCO Downloader
https://glizzy.cafe/about



## About

Download HD fullsize VSCO media and profile photos and videos.

Glizzy Cafe is not affilaited with vsco.co in any way, shape, or form.

## Deleted Users (Patreon)

Since this website costs a bit of money to run, I have a Patreon you can support the site with.

I will be posting 1-3 accounts per week that have been deleted.

If you want a user posted, I will also be taking requests.

https://www.patreon.com/vscoclub

## Privacy

Downloaded content is only logged to perform the basic functions of the website. No images are hosted on GlizzyCafe. To have an image removed, delete it from VSCO.

Feel free to securely email me at: https://mailhide.io/en/e/6tIlJfuc

## Donate

I run this website at a loss. I don't want to ruin the user experience with a ton of ads and shit like that. If you would like to help pay for the server costs:

**BTC**: bc1qhhlxrhfjyh7f4xchwzm8u7h70gwsqa87d4hcse

**ETH**: 0x9D2C5e9EbaF4d0C420ccCf7ae6198dBF08B1989C

**XRP**: rMS2ktbiyV8RfNNQqyaentxHqPntwk1LrQ

**ADA**: addr1qxs50nwyp50quv2m9x7v4hs53lu28xk56596dx3qufttx79pglxugrg7pcc4k2duet0pfrlc5wddf4gt56dzpcjkkduq73gsme

**SOL**: 14YPfG3TgvcQgbwhknG4uMoqpMYV2p9zWpCPi92NA8Pk

**DOGE**: DGbmfdKxTJnhnG1kx2e4ARazER1AWCY7NQ

**LTC**: LQFMQZTn79Q6YLGNJof1JbmkBxrNzhLqGJ

## GlizzyCafe

© 2023 Copyright GlizzyCafe



Captured by FireShot Pro: 31 July 2023, 09:29:03
https://getfireshot.com



**reddit**

r/vscosluts · 1 mo. ago
by VSCOsluts-Mod

**Join**

NSFW

# State of the Subreddit and A New Site

**New Site:**

From the creator of VSCO.Club, we have a new site. This is a message from u/VSCOClub:

> Vsco.Club has changed to https://Glizzy.Cafe/ - The AI feature is back (and works on mobile now!), and still improving. On top of that there's a lot more features such as favoriting images and users. You can also see the most recent downloads and most popular downloads, among other features. It took a while to get everything re-done from the ground up, but this will be a bulletproof website with no downtime anymore, no matter the load.
>
> As VSCO and Reddit become run by fucking shitheads. GlizzyCafe will ensure that the users are satisfied, so comment below or send a PM to u/VSCOClub if you have any bugs or feature requests. **Try to keep in mind that I run this website at a massive loss: servers are not cheap, time to code, and my actual life, etc. I work on this as a hobby, NOT a business. Keep that in mind.**

I want to reiterate this last sentence. This entire effort and site is being done as a personal project of u/VSCOClub and 100% out of his own pocket. If you want to buy him a coffee, feel free. If you don't want to, feel free as well. Just understand this is all a work in progress and is done by real people with real lives.

**State of the Subreddit:**

Why is this needed? Well VSCO shut down VSCO.club. Reddit and VSCO are both shutting down this sub. For all the shit I'm getting for removing the Automod and allowing spam, there is a reason. We are trying to get away from the VSCO eyes, hence the Glizzy name, removal of usernames, and spam (hides real posts to make it seem less organized for VSCO officials).

All this aside, we've had over 100 posts removed this month by Anti-Evil operations or Reddit Admins. This sub may go private a few more times as Admins message us, but be prepared for a banned subreddit soon.

Use https://Glizzy.Cafe/, this will be our safest option for a while.

⬆ 66 ⬇    💬 4    ↑ Share

Sort by: Top ⌄    4 comments

➕ Add a Comment

---

**VSCOsluts-Mod** 🟢 · 📌 Stickied comment · 1 mo. ago

Oh, and AutoMod is back, linking to Glizzy only. Don't be a bitch and go to VSCO to follow them. We (well all u/VSCOclub, I didn't do anything) made this site to avoid following them.

⬆ ⬇    💬 Reply    ↑ Share    …

**pinacoolada2** · 1 day ago

This aged poorly 🟡

⬆ 1 ⬇    💬 Reply    ↑ Share    …

r/vscosluts
NSFW
@juliaernstt top 10
620 upvotes · 11 comments

r/vscosluts
NSFW
@vivianxlisik
484 upvotes · 12 comments

r/vscosluts
NSFW
@lindsdavis insane proportions

# EXHIBIT C

**Jonathan Kleiman, BA, JD**
Barrister and Solicitor
1235 Bay Street, Suite 700
Toronto, ON  M5R 3K5

1-855-416-0-416
Jonathan@JKleiman.com
http://www.JKleiman.com/

October 9, 2024

**Sent by Email (zachary.alinder@kirkland.com)**

**WITH PREJUDICE**

Zachary J. Alinder
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
United States

Dear Mr. Alinder,

**Re: Response to Cease and Desist Letter Dated October 4, 2024**

I represent Mr. Adam Khimji in connection with your letter dated October 4, 2024, on behalf of Visual Supply Company ("VSCO"). Please direct all future correspondence regarding this matter to my attention.

Mr. Khimji categorically denies any involvement in the activities alleged in your letter. Prior to receiving your correspondence, he had no knowledge of the matters described therein.

To facilitate an amicable resolution, my client is willing to agree to refrain from any future contact or interaction with VSCO, its services, or its users' works. This agreement is made without any admission of liability or wrongdoing on his part. He also confirms that he does not possess any materials or content belonging to VSCO or its users, as alleged in your letter.

However, we challenge the sufficiency and validity of the evidence upon which these allegations are based. The websites listed in your correspondence, which you allege are under my client's control, are currently non-operational and do not load. Furthermore, they bear no resemblance to the screenshots provided in your letter. The letter also makes vague references to "other owners" and "other websites" without providing specifics or evidence to support these claims. My client has no connection to the activities described, and we request that any such claims be substantiated before they are pursued further.

There are no direct ties between Mr. Khimji and the alleged activities, nor is there any history suggesting involvement in such matters. This further reinforces our position that these claims are unfounded. As for your demands for compensation, including investigative and legal expenses, my client respectfully declines as he is not responsible for the actions described and had no awareness of this situation until receiving your letter.

We also note that your letter sets an unreasonably tight deadline of October 14, 2024. The aggressive nature of this demand is not conducive to a fair resolution and raises concerns that undue pressure is being applied.

**Jonathan Kleiman, BA, JD**
Barrister and Solicitor
1235 Bay Street, Suite 700
Toronto, ON  M5R 3K5

1-855-416-0-416
Jonathan@JKleiman.com
http://www.JKleiman.com/

We request an extension of this deadline to allow for a thorough review of the evidence and a reasoned response.

In light of the seriousness of these allegations, we again request that you provide any evidence or information that led you to associate Mr. Khimji with the alleged activities. This will allow us to address any misunderstandings or instances of mistaken identity. We trust that this response addresses your concerns and that no further action will be necessary. We respectfully request written confirmation that, upon receipt of this letter, VSCO considers this matter fully resolved and releases Mr. Khimji from any further claims or actions related to this issue.

Thank you for your prompt attention to this matter.

Sincerely,

Jonathan Kleiman, BA, JD

# EXHIBIT D

From: **Jonathan Kleiman** jonathan@jkleiman.com 📎
Subject: Fwd: Response to Cease and Desist Letter Dated October 4, 2024
Date: October 11, 2024 at 5:51 PM
To: Adam Khimji akhimji3@uwo.ca



See below

Jonathan Kleiman, BA, JD

_____

1235 Bay St., Suite 700
Toronto, ON, M5R 3K4

O: 1-855-416-0416
F: 647-977-5770
M: 416-554-1639
E: Jonathan@JKleiman.com
W: www.JKleiman.com

I appreciate your reviews: https://g.page/kleimanlaw/review?rc

IMPORTANT NOTICE:

Funds transfer fraud is on the rise. Please note, we will never email you with a request to change or update any banking or transfer information. If you receive a request like that by email, please phone us immediately using a previously known number. In addition, if we receive any banking or transfer information from you, we will confirm this by independent means. If you have questions or concerns, please contact us at 416-554-1639.

This message and any attachment(s) are intended only for the use of the individual or entity to which they are addressed. They may contain information that is privileged, confidential and exempt from disclosure under applicable law. Distributing or copying this communication without permission of the intended recipient is strictly prohibited. If you have received this communication in error, please notify Jonathan Kleiman immediately by e-mail at Jonathan@JKleiman.com. Thank you.


---------- Forwarded message ---------
From: **Alinder, Zachary J.** <zalinder@sideman.com>
Date: Fri, Oct 11, 2024 at 7:32 PM
Subject: RE: Response to Cease and Desist Letter Dated October 4, 2024
To: Jonathan Kleiman <jonathan@jkleiman.com>
Cc: Portnoy, Erica Brand <eportnoy@sideman.com>, Levad, Andrew M. <alevad@sideman.com>


Dear Mr. Kleiman,

Your prompt response to VSCO's October 4, 2024 cease and desist and demand letter (the "C&D letter") is appreciated; however, Mr. Khimji's purported categorical denial of involvement with the identified websites and related unlawful conduct set forth in the C&D letter is extremely disappointing.  The denial by Mr. Khimji appears to be motivated by a bad faith hope that VSCO does not have evidence to support its claims.  That of course is not the case.  CloudFlare identified Mr. Khimji as the owner/operator of the websites

identified in the C&D letter.

As a professional courtesy to you and in the interest of providing Mr. Khimji one final opportunity to come clean, attached are three of the documents provided by CloudFlare and authenticated by them pursuant to our subpoena, which establishes that Mr. Khimji is directly and personally involved in the operation of both websites specifically identified in the C&D letter -- vsco.club and glizzy.cafe.

I will reiterate that this is Mr. Khimji's final opportunity to come clean. Anything less than a full, frank, and honest response from Mr. Khimji will not be sufficient. Please confirm by close of business on Wednesday, October 16, 2024 that Mr. Khimji will comply with the nine listed demands set forth in the C&D letter.

In closing, please also note that your October 9, 2024 response letter has an incorrect email address, incorrect firm name, and incorrect physical address for me. I am a partner at Sideman & Bancroft LLP, not Kirkland & Ellis. Please make sure to update your records to ensure that there is no mistake in delivery of any correspondence regarding this matter in the future.

We look forward to hearing from you by Wednesday. VSCO continues to reserve all rights and remedies in relation to these matters.

Sincerely yours,
Zac Alinder

-----Original Message-----
From: Jonathan Kleiman <jonathan@jkleiman.com>
Sent: Wednesday, October 9, 2024 11:01 AM
To: Alinder, Zachary J. <zalinder@sideman.com>
Subject: Re: Response to Cease and Desist Letter Dated October 4, 2024

Mr. Alinder,

Please see the attached letter.

Thanks,

Jonathan Kleiman, BA, JD
_____

1235 Bay St., Suite 700
Toronto, ON, M5R 3K4

O: 1-855-416-0416
F: 647-977-5770
M: 416-554-1639
E: Jonathan@JKleiman.com
W: www.JKleiman.com

I appreciate your reviews: https://g.page/kleimanlaw/review?rc

IMPORTANT NOTICE:

Funds transfer fraud is on the rise. Please note, we will never email you with a request to

Funds transfer fraud is on the rise. Please note, we will never email you with a request to change or update any banking or transfer information. If you receive a request like that by email, please phone us immediately using a previously known number. In addition, if we receive any banking or transfer information from you, we will confirm this by independent means. If you have questions or concerns, please contact us at 416-554-1639.

This message and any attachment(s) are intended only for the use of the individual or entity to which they are addressed. They may contain information that is privileged, confidential and exempt from disclosure under applicable law. Distributing or copying this communication without permission of the intended recipient is strictly prohibited. If you have received this communication in error, please notify Jonathan Kleiman immediately by e-mail at Jonathan@JKleiman.com. Thank you.

**vsco.club - Adam Khimji Payment Confirmation- Accounts.csv**

**glizzy.cafe - Prince of Wales Dr - Payment_Methods.csv**
215 bytes

**glizzy.cafe - Adam Khimji - Payment_Methods.csv**
162 bytes