Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada
V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Adam Khimji*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### *(San Francisco)*

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C. | Case Number: 3:24-mc-80159-SK **DECLARATION OF ADAM KHIMJI IN SUPPORT OF MOTION TO QUASH SUBPOENA** **Judge:** Magistrate Judge Sallie Kim |

I, Simon Lin, do hereby declare as follows:

1.      I am an attorney at law and counsel of record for the Non-Party Mr. Adam Khimji.

2.      I submit this declaration in support of the motion to quash subpoenas issued to Cloudflare, Inc. and Patreon, Inc. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

3.      Attached to this Declaration and marked as **Exhibit "A."** is copy of the webpage found at https://domainreport.domaintools.com/ explaining how to obtain the historical WHOIS records for domain names.

4.      Attached to this Declaration and marked as **Exhibit "B."** is copy of a domain report purchased from https://domainreport.domaintools.com/ for the domain name vsco.top.

5.      Attached to this Declaration and marked as **Exhibit "C."** is copy of a domain report purchased from https://domainreport.domaintools.com/ for the domain name vsco.page.

6.      Attached to this Declaration and marked as **Exhibit "D."** is copy of a domain report purchased from https://domainreport.domaintools.com/ for the domain name glizzy.cafe.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 18, 2025 in the City of Coquitlam, Province of British Columbia, Canada.

Simon Lin

Simon Lin

# EXHIBIT A

Home  >  Domain Report

**Notice:** Possible deprecation of Whois services after January 28, 2025.   More Info ⬇

# Domain Report

### Preview a Domain Report

Enter a domain name for a FREE preview of all the data you'll get in your report.

> Enter a domain name

> GET STARTED

**Example:** domaintools.com

### How does this work?

Enter a domain name and we'll tell you **exactly how much** current and historical data you'll get. Reports include all this data (where available):

- Most recent and historical website screenshots
- Every distinct **Historic Whois** record we have
- Registration dates and status codes
- Network name and IP location
- Reverse IP & Name Server connected domains
- and more!

If you decide to buy a report, our system will gather the data **into a single PDF document** that you can download within minutes of your purchase.



Download a report for FREE

### Purchased Reports

Log In to view your reports.

## Upgrade Your Membership and Elevate Your Defenses

You've got valuable starting data with Whois. Now it's time to take that information and make deeper connections to profile attackers, guide online fraud investigations, and map attacker infrastructure.

Learn More

Sitemap     Blog     Terms     Privacy     Contact     California Privacy Notice     Do Not Sell My Personal Information

© 2025 DomainTools

# EXHIBIT B



# Domain Report - VsCo.top

| | |
|---|---|
| Domain Name | **VsCo.top** |
| Prepared On | **March 18, 2025** |



Website Screenshot taken 02/23/2024

# About This Report

This report documents a thorough analysis of the Internet domain name "**VsCo.top**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

 © 2025 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of March 18, 2025*

### Ownership

| | |
|---|---|
| Registered Owner | **Visual Supply Company** |
| Owned Domains | **About 14 other domains** |
| Email Addresses | **abusecomplaints@markmonitor.com** |
| Registrar | **markmonitor** |

### Registration

| | |
|---|---|
| Created | **Jun 11, 2023** |
| Expires | **Jun 11, 2026** |
| Updated | **May 8, 2024** |
| Domain Status | **Active** |
| Whois Server | **whois.markmonitor.com** |
| Name Servers | **markmonitor.com** |

### Network

| | |
|---|---|
| Website IP Address | **99.83.176.46** |
| IP Location | **United States-Washington-Seattle Amazon.Com Inc.** |
| IP ASN | **AS16509** |

### Website

| | |
|---|---|
| Site Title | **Registered & Protected by MarkMonitor** |

© 2025 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Mar 18, 2025*

```
Domain Name: vsco.top
Registry Domain ID: 20230612g10001g-03126784
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
        https://www.markmonitor.com
Updated Date: 2024-05-08T23:04:31+00:00
        2024-05-08
Creation Date: 2023-06-11T18:19:00+00:00
        2023-06-11
Registrar Registration Expiration Date: 2026-06-11T18:19:00+00:00
        2026-06-11
Registrar: MarkMonitor, Inc.
        MarkMonitor
Sponsoring Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: 12086851750
Status:
        clientDeleteProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: Visual Supply Company
Registrant Street:
Registrant City:
Registrant State/Province: CA
Registrant Postal Code:
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization: Visual Supply Company
Admin Street:
Admin City:
Admin State/Province: CA
Admin Postal Code:
Admin Country: us
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID:
Tech Name:
Tech Organization: Visual Supply Company
Tech Street:
Tech City:
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Tech State/Province: CA
Tech Postal Code:
Tech Country: us
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns1.markmonitor.com
        ns2.markmonitor.com
        ns3.markmonitor.com
        ns4.markmonitor.com
        ns5.markmonitor.com
        ns6.markmonitor.com
        ns7.markmonitor.com
DNSSEC: unsigned
```

© 2025 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for VsCo.top

DomainTools has 28 distinct historical ownership records for VsCo.top. The oldest record dates Dec 30, 2015. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

 © 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Feb 17, 2025



Screenshot taken Feb 23, 2024

```
Domain Name: vsco.top
Registry Domain ID: 20230612g10001g-03126784
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: http://www.markmonitor.com
        https://www.markmonitor.com
Updated Date: 2024-05-08T23:04:31+00:00
        2024-05-08
Creation Date: 2023-06-11T18:19:00+00:00
        2023-06-11
Registrar Registration Expiration Date: 2026-06-11T18:19:00+00:00
        2026-06-11
Registrar: MarkMonitor, Inc.
        MarkMonitor
Sponsoring Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: 12086851750
Status:
        clientDeleteProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID:
Registrant Name:
Registrant Organization: Visual Supply Company
Registrant Street:
Registrant City:
Registrant State/Province: CA
Registrant Postal Code:
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID:
Admin Name:
Admin Organization: Visual Supply Company
Admin Street:
Admin City:
Admin State/Province: CA
Admin Postal Code:
Admin Country: us
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID:
Tech Name:
Tech Organization: Visual Supply Company
Tech Street:
Tech City:
Tech State/Province: CA
Tech Postal Code:
Tech Country: us
```

```
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns1.markmonitor.com
        ns2.markmonitor.com
        ns3.markmonitor.com
        ns4.markmonitor.com
        ns5.markmonitor.com
        ns6.markmonitor.com
        ns7.markmonitor.com
DNSSEC: unsigned
```

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 14, 2024


Screenshot taken Feb 23, 2024

```
Domain Name: vsco.top
Registry Domain ID: D20230612G10001G_03126784-top
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: https://www.markmonitor.com
Updated Date: 2024-05-08T23:04:32Z
Creation Date: 2023-06-11T18:19:00Z
Registry Expiry Date: 2026-06-11T18:19:00Z
Registrar: MarkMonitor
Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: +1.2083895740
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street:  REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: REDACTED FOR PRIVACY
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: REDACTED FOR PRIVACY
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record  identified in this output for information o
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street:  REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street:  REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Name Server: ns5.markmonitor.com
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Name Server: ns7.markmonitor.com
Name Server: ns1.markmonitor.com
Name Server: ns4.markmonitor.com
Name Server: ns2.markmonitor.com
Name Server: ns3.markmonitor.com
Name Server: ns6.markmonitor.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
```

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on May 9, 2024

Domain Name: vsco.top
Registry Domain ID: D20230612G10001G_03126784-top
Registrar WHOIS Server: whois.markmonitor.com
Registrar URL: https://www.markmonitor.com
Updated Date: 2024-05-08T23:04:32+00:00
Creation Date: 2023-06-11T18:19:00+00:00
Registrar Registration Expiration Date: 2026-06-11T18:19:00+00:00
Registrar: MarkMonitor
Sponsoring Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: 12083895740
Status:
        clientDeleteProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization: Visual Supply Company
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: CA
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)



Screenshot taken Feb 23, 2024

© 2025 DomainTools, LLC All Rights Reserved

```
Registry Billing ID:
Billing Name:
Billing Organization:
Billing Street:
Billing City:
Billing State/Province:
Billing Postal Code:
Billing Country:
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email:
Nameservers:
        ns1.markmonitor.com
        ns2.markmonitor.com
        ns3.markmonitor.com
        ns4.markmonitor.com
        ns5.markmonitor.com
        ns6.markmonitor.com
        ns7.markmonitor.com
DNSSEC: unsigned
```

 © 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Aug 26, 2023

No adjacent screenshot available for this date.

```
Domain Name: vsco.top
Registry Domain ID: D20230612G10001G_03126784-top
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com
Updated Date: 2023-08-25T20:54:18Z
Creation Date: 2023-06-11T18:19:00Z
Registry Expiry Date: 2025-06-11T18:19:00Z
Registrar: NameSilo,LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street:  REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record  identified in this output for information o
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street:  REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street:  REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Name Server: jeff.ns.cloudflare.com
Name Server: georgia.ns.cloudflare.com
DNSSEC: unsigned
```

 © 2025 DomainTools, LLC All Rights Reserved

URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Jun 11, 2023

No adjacent screenshot available for this date.

```
Domain Name: vsco.top
Registry Domain ID: D20230612G10001G_03126784-top
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2023-06-11T18:19:03Z
Creation Date: 2023-06-11T18:19:00Z
Registry Expiry Date: 2024-06-11T18:19:00Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street:  REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record  identified in this output for information o
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street:  REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street:  REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record  identified in this output for information on how
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
```

DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 1 records collected between Feb 23, 2024 and Feb 23, 2024.

This report includes 1 records from Dec 30, 2015 to Feb 17, 2025.



Feb 23, 2024

© 2025 DomainTools, LLC All Rights Reserved

# EXHIBIT C



# Domain Report - VsCo.page

| | |
|---|---|
| Domain Name | **VsCo.page** |
| Prepared On | **March 18, 2025** |



Website Screenshot taken 10/07/2023

# About This Report

This report documents a thorough analysis of the Internet domain name "**VsCo.page**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2025 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of March 18, 2025*

## Ownership

| | |
|---|---|
| Registered Owner | **REDACTED FOR PRIVACY (DT)** |
| Email Addresses | **abusecomplaints@markmonitor.com** |
| Registrar | **markmonitor inc.** |

## Registration

| | |
|---|---|
| Created | **Jul 19, 2019** |
| Expires | **Jul 19, 2025** |
| Updated | **Dec 14, 2023** |
| Domain Status | **No Website** |
| Whois Server | **whois.nic.google** |
| Name Servers | **cloudflare.com** |

© 2025 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Mar 18, 2025*

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: http://www.markmonitor.com
Updated Date: 2023-12-14T06:41:52+00:00
         2023-12-14
Creation Date: 2019-07-19T23:00:25+00:00
         2019-07-19
Registrar Registration Expiration Date: 2025-07-19T23:00:25+00:00
         2025-07-19
Registrar: MarkMonitor Inc.
Sponsoring Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: 12083895740
Status:
         clientDeleteProhibited
         clientTransferProhibited
         clientUpdateProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization: Visual Supply Company
Registrant Street: REDACTED FOR PRIVACY
         REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
         REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
         REDACTED FOR PRIVACY
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone:
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY (DT)
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
         REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: REDACTED FOR PRIVACY (DT)
Nameservers:
         gigi.ns.cloudflare.com
         sid.ns.cloudflare.com
DNSSEC: unsigned
```

© 2025 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for VsCo.page

DomainTools has 26 distinct historical ownership records for VsCo.page. The oldest record dates Jul 19, 2019. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 1, 2024

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: http://www.markmonitor.com
Updated Date: 2023-12-14T06:41:52+00:00
Creation Date: 2019-07-19T23:00:25+00:00
Registrar Registration Expiration Date: 2025-07-19T23:00:25+00:00
Registrar: MarkMonitor Inc.
Sponsoring Registrar IANA ID: 292
Registrar Abuse Contact Email: abusecomplaints@markmonitor.com
Registrar Abuse Contact Phone: 12083895740
Status:
        clientDeleteProhibited
        clientTransferProhibited
        clientUpdateProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY (DT)
Registrant Organization: Visual Supply Company
Registrant Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: California
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: us
Registrant Phone:
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: REDACTED FOR PRIVACY (DT)
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY (DT)
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone:
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: REDACTED FOR PRIVACY (DT)
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY (DT)
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone:
Tech Phone Ext:
```

© 2025 DomainTools, LLC All Rights Reserved

```
Tech Fax:
Tech Fax Ext:
Tech Email: REDACTED FOR PRIVACY (DT)
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY (DT)
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
        REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone:
Billing Phone Ext:
Billing Fax:
Billing Fax Ext:
Billing Email: REDACTED FOR PRIVACY (DT)
Nameservers:
        gigi.ns.cloudflare.com
        sid.ns.cloudflare.com
DNSSEC: unsigned
```

 © 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Dec 1, 2023

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: None
Updated Date: 2023-11-28T06:36:47Z
Creation Date: 2019-07-19T23:00:25Z
Registry Expiry Date: 2024-07-19T23:00:25Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: google-registry@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in this output for information on ho
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to c
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in this output for information on how t
Name Server: gigi.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 15, 2023

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: None
Updated Date: 2023-11-15T04:18:48Z
Creation Date: 2019-07-19T23:00:25Z
Registry Expiry Date: 2024-07-19T23:00:25Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: google-registry@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in this output for information on ho
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to c
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
```

```
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in this output for information on how t
Name Server: gigi.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 1, 2023

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: None
Updated Date: 2023-11-01T06:14:03Z
Creation Date: 2019-07-19T23:00:25Z
Registry Expiry Date: 2024-07-19T23:00:25Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: google-registry@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in this output for information on ho
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to c
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in this output for information on how t
Name Server: gigi.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

© 2025 DomainTools, LLC All Rights Reserved

# Whois Record on Jul 3, 2023

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.nic.google
Registrar URL: None
Updated Date: 2023-06-07T11:55:22Z
Creation Date: 2019-07-19T23:00:25Z
Registry Expiry Date: 2024-07-19T23:00:25Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: google-registry@namesilo.com
Registrar Abuse Contact Phone: +1.6024928198
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: AZ
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: US
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in this output for information on ho
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to c
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in this output for information on how t
Name Server: gigi.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

 © 2025 DomainTools, LLC All Rights Reserved

## Whois Record on May 30, 2023

```
Domain Name: vsco.page
Registry Domain ID: 3AE191084-PAGE
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2023-05-28T16:53:49Z
Creation Date: 2019-07-19T23:00:25Z
Registry Expiry Date: 2023-07-19T23:00:25Z
Registrar: Namecheap Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant Street:
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Email: Please query the WHOIS server of the owning registrar identified in this output for information on ho
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street:
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street:
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Email: Please query the WHOIS server of the owning registrar identified in this output for information on how to c
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street:
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
```

 © 2025 DomainTools, LLC All Rights Reserved

```
Billing Phone: REDACTED FOR PRIVACY
Billing Email: Please query the WHOIS server of the owning registrar identified in this output for information on how t
Name Server: gigi.ns.cloudflare.com
Name Server: sid.ns.cloudflare.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

For more information on Whois status codes, please visit https://icann.org/epp
```

© 2025 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 13 records collected between Feb 3, 2020 and Oct 7, 2023.

This report includes 13 records from Jul 19, 2019 to Mar 1, 2024.


Oct 7, 2023


Aug 12, 2023


Dec 31, 2022


Dec 3, 2022


Nov 5, 2022


Oct 8, 2022


Sep 9, 2022


Aug 9, 2022


Apr 23, 2022

© 2025 DomainTools, LLC All Rights Reserved



Mar 29, 2022



Mar 5, 2021



Jun 13, 2020



Feb 3, 2020

© 2025 DomainTools, LLC All Rights Reserved

# EXHIBIT D



# Domain Report - GlIzzy.cafe

| | |
|---|---|
| Domain Name | **Gllzzy.cafe** |
| Prepared On | **March 18, 2025** |



Website Screenshot taken 12/26/2023

# About This Report

This report documents a thorough analysis of the Internet domain name "**Gllzzy.cafe**". It draws on the extensive DomainTools dataset and aims to deliver a comprehensive view of the domain's ownership profile, key historical events and technically linked domain names.

All data in this Report is, or was, freely available through standard Internet DNS and query protocols. DomainTools has not altered the data in any way from its original form, except in certain instances to format it for readability in this Report.

Data from DomainTools is presented as-is, and as captured from the original source. We make no representations or warranties of fitness of any kind.

## About DomainTools

For over 20 years, DomainTools has been the most popular domain research service on the internet because we have the most comprehensive coverage of generic and country code Top Level Domains. We have also collected and stored Whois and related hosting/DNS data to provide the most complete historical records in the industry.

DomainTools helps our users turn threat data into threat intelligence. We can help you connect indicators from your network, including domains and IPs, with others among the nearly 380 million active domains we track, leveraging over 13 billion DNS-related data points to build a map of "who's doing what" on the Internet. Fortune 100 companies, global government agencies, and leading security solution vendors use DomainTools as a critical ingredient in their threat investigation and mitigation work.

Reach us at memberservices@domaintools.com if you have any questions about this report.

© 2025 DomainTools, LLC All Rights Reserved

# Domain Profile

*As of March 18, 2025*

## Ownership

| | |
|---|---|
| Registered Owner | **REDACTED FOR PRIVACY** |
| Owned Domains | **About 48073874 other domains** |
| Email Addresses | **abuse@tldregistrarsolutions.com** |
| | **info@domain-contact.org** |
| Registrar | **tld registrar solutions ltd.** |

## Registration

| | |
|---|---|
| Created | **Feb 5, 2023** |
| Expires | **Feb 5, 2029** |
| Updated | **Nov 11, 2024** |
| Domain Status | **Active** |
| Whois Server | **whois.tldregistrarsolutions.com** |
| Name Servers | **icedns.is** |

## Website

| | |
|---|---|
| Site Title | **Attention Required! | Cloudflare** |

© 2025 DomainTools, LLC All Rights Reserved

# Current Whois Record

*Reported on Mar 18, 2025*

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL:
Updated Date: 2024-11-11T16:02:50Z
Creation Date: 2023-02-05T15:55:11Z
Registrar Registration Expiration Date: 2029-02-05T15:55:11Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +1.5167401179
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: IS
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@domain-contact.org
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@domain-contact.org
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
```

© 2025 DomainTools, LLC All Rights Reserved

```
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Phone Ext: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@domain-contact.org
Name Server: dns1.icedns.is
Name Server: dns2.icedns.is
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/epp

To contact the registered registrant please proceed to:
https://www.domain-contact.org

This data is provided by
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
 does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
   unsolicited, commercial advertising or solicitations via E-mail
   (spam) or
2) enable high volume, automated, electronic processes that apply
   to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.
```

© 2025 DomainTools, LLC All Rights Reserved

# Ownership History

## Whois History for GlIzzy.cafe

DomainTools has 5 distinct historical ownership records for GlIzzy.cafe. The oldest record dates Feb 5, 2023. Each record is listed on its own page, starting with the most recent record. The date at the start of the section indicates the first time we captured the record. The website screenshot, when available, will be the image captured as close as possible to the record date.

## About Whois History

DomainTools takes periodic snapshots of domain name Whois records and stores them for subsequent analysis. The database contains billions of Whois records across hundreds of millions of domains, dating back in some cases to 2001.

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Mar 12, 2025



Screenshot taken Dec 26, 2023

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL:
Updated Date: 2024-11-11T16:02:50Z
Creation Date: 2023-02-05T15:55:11Z
Registrar Registration Expiration Date: 2029-02-05T15:55:11Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +1.5167401179
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: IS
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: info@domain-contact.org
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: info@domain-contact.org
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
```

```
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: info@domain-contact.org
Registry Billing ID: REDACTED FOR PRIVACY
Billing Name: REDACTED FOR PRIVACY
Billing Organization: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing Street: REDACTED FOR PRIVACY
Billing City: REDACTED FOR PRIVACY
Billing State/Province: REDACTED FOR PRIVACY
Billing Postal Code: REDACTED FOR PRIVACY
Billing Country: REDACTED FOR PRIVACY
Billing Phone: REDACTED FOR PRIVACY
Billing Phone Ext: REDACTED FOR PRIVACY
Billing Fax: REDACTED FOR PRIVACY
Billing Fax Ext: REDACTED FOR PRIVACY
Billing Email: info@domain-contact.org
Name Server: dns1.icedns.is
Name Server: dns2.icedns.is
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: https://wdprs.internic.net/

For more information on Whois status codes, please visit https://www.icann.org/epp

To contact the registered registrant please proceed to:
https://www.domain-contact.org

This data is provided by
for information purposes, and to assist persons obtaining information
about or related to domain name registration records.
 does not guarantee its accuracy.
By submitting a WHOIS query, you agree that you will use this data
only for lawful purposes and that, under no circumstances, you will
use this data to
1) allow, enable, or otherwise support the transmission of mass
   unsolicited, commercial advertising or solicitations via E-mail
   (spam) or
2) enable high volume, automated, electronic processes that apply
   to this WHOIS server.
These terms may be changed without prior notice.
By submitting this query, you agree to abide by this policy.
```

 © 2025 DomainTools, LLC All Rights Reserved

## Whois Record on Nov 6, 2024



Screenshot taken Dec 26, 2023

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.tldregistrarsolutions.com
Registrar URL: http://www.tldregistrarsolutions.com
Updated Date: 2024-11-04T01:33:36Z
Creation Date: 2023-02-05T15:55:11Z
Registry Expiry Date: 2029-02-05T15:55:11Z
Registrar: TLD Registrar Solutions Ltd.
Registrar IANA ID: 1564
Registrar Abuse Contact Email: abuse@tldregistrarsolutions.com
Registrar Abuse Contact Phone: +44.2034357304
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: transferPeriod https://icann.org/epp#transferPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: IceNetworks Ltd.
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: IS
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how t
Name Server: dns1.smoothdns.com
Name Server: dns2.smoothdns.com
```

 © 2025 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

# Whois Record on Jul 12, 2024



Screenshot taken Dec 26, 2023

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2024-07-10T11:40:20Z
Creation Date: 2023-02-05T15:55:11Z
Registry Expiry Date: 2028-02-05T15:55:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how t
Name Server: dns1.registrar-servers.com
Name Server: dns2.registrar-servers.com
DNSSEC: unsigned
```

 © 2025 DomainTools, LLC All Rights Reserved

URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

## Whois Record on May 11, 2023

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2023-02-10T15:55:49Z
Creation Date: 2023-02-05T15:55:11Z
Registry Expiry Date: 2028-02-05T15:55:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how t
Name Server: ariella.ns.cloudflare.com
Name Server: porter.ns.cloudflare.com
DNSSEC: unsigned
```



Screenshot taken Feb 21, 2023

 © 2025 DomainTools, LLC All Rights Reserved

URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

# Whois Record on Feb 5, 2023



Screenshot taken Feb 5, 2023

```
Domain Name: glizzy.cafe
Registry Domain ID: ffe5253a763048f09c9eac449848c246-DONUTS
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: https://www.namecheap.com/
Updated Date: 2023-02-05T16:20:37Z
Creation Date: 2023-02-05T15:55:11Z
Registry Expiry Date: 2028-02-05T15:55:11Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: addPeriod https://icann.org/epp#addPeriod
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this output for information on
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output for information on how t
Name Server: ariella.ns.cloudflare.com
Name Server: porter.ns.cloudflare.com
```

© 2025 DomainTools, LLC All Rights Reserved

DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/

© 2025 DomainTools, LLC All Rights Reserved

# Screenshot History

DomainTools captures snapshots of website homepages on regular intervals. This content is useful for researchers to understand how a domain was used at various points in time. Due to the relatively high storage costs of screenshot data, the coverage of screenshot histories is in most cases not as thorough as Whois or hosting data, and this is especially true for dates early in a domain's history.

DomainTools has 4 records collected between Feb 5, 2023 and Dec 26, 2023.

This report includes 4 records from Feb 5, 2023 to Mar 12, 2025.


Dec 26, 2023


Nov 28, 2023


Feb 21, 2023


Feb 5, 2023

© 2025 DomainTools, LLC All Rights Reserved