1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada
3  V5C 6C6
   T : 604-620-2666; F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Adam Khimji*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C. | Case Number: 3:24-mc-80159-SK<br><br>**[PROPOSED] ORDER TO QUASH DMCA SUBPOENAS**<br><br>**Judge:** Magistrate Judge Sallie Kim |

Before the Court is Mr. Adam Khimji's motion to quash two subpoenas issued pursuant to DMCA Section 512(h) in this file. The Court hereby grants the motion. The subpoena issued to Cloudflare Inc. on June 28, 2024 is quashed with prejudice except as it relates to the domain name downloader.se. The subpoena issued to Patreon Inc. on June 28, 2024 is quashed with prejudice. The Applicant, Visual Supply Company, is hereby restrained from directly or indirectly using or relying upon the information obtained using the quashed subpoenas. The Applicant, Visual Supply Company, and its agents and representatives shall delete all electronic and paper copies of the information obtained using the quashed subpoenas.

   **IT IS SO ORDERED.**

Dated: _____       _____
                               SALLIE KIM
                               Magistrate Judge

1

**[PROPOSED] ORDER**