| Attorney or Party without Attorney:<br>ZACHARY J. ALINDER (State Bar No. 209009)<br>ANDREW M. LEVAD (State Bar No. 313610)<br>SIDEMAN & BANCROFT LLP<br>1 EMBARCADERO CENTER, 22ND FL<br>San Francisco, CA 94111<br>    Telephone No: (415) 392-1960 | | For Court Use Only |
|---|---|---|
|     Attorney For: Plaintiff | Ref. No. or File No.:<br>DMCA | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff: VISUAL SUPPLY COMPANY<br>Defendant: CLOUDFLARE, INC., et al. | | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>3:24-MC-80159-SK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the ORDER REGARDING CONSENT OR DECLINATION; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION

3. a. Party served:     CLOUDFLARE, INC.
   b. Person served:   Jackson Yang, document specialist, Registered Agent Solutions, Agent.

4. Address where the party was served:    720 14TH STREET, SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jun 10 2025 (2) at: 12:20 PM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. **The Fee** for Service was:

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

06/10/2025
(Date)

(Signature)



PROOF OF SERVICE

13492107
(6211783)