1  ZACHARY J. ALINDER (State Bar No. 209009)
   E-Mail:      *zalinder@sideman.com*
2  ANDREW M. LEVAD (State Bar No. 313610)
   E-Mail:      *alevad@sideman.com*
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
4  San Francisco, California 94111-3711
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827
6
7  Attorneys for Plaintiff
   VISUAL SUPPLY COMPANY
8
9
10              UNITED STATES DISTRICT COURT
11            NORTHERN DISTRICT OF CALIFORNIA
12               SAN FRANCISCO DIVISION
13

14  IN RE: DMCA SECTION 512(h)          Case No. 3:24-mc-80159-WHO
    SUBPOENA TO (1) CLOUDFLARE,
15  INC.; (2) PATREON, INC., and (3)    **DECLARATION OF ANDREW M. LEVAD**
    NAMESILO, L.L.C.                    **IN SUPPORT OF VISUAL SUPPLY**
16                                      **COMPANY'S OPPOSITION TO MOTION**
                                        **FOR DE NOVO DETERMINATION OF**
17                                      **DISPOSITIVE MATTER REFERRED TO**
                                        **MAGISTRATE JUDGE**
18                                      **[MOTION TO QUASH DMCA SUBPOENAS]**
19
20                                      Date:     September 24, 2025
                                        Time:     2:00 p.m.
21                                      Crtrm.:   2, 17th Floor
22                                      Honorable William H. Orrick
23
24
25
26
27
28

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

I, Andrew M. Levad, declare as follows:

1.     I am over 18 years of age and make this declaration based upon personal knowledge of facts set forth below except as to those matters stated on information and belief. As to those matters, I am informed and believe them to be true. If called upon to testify, I could and would testify under oath to the matters set forth herein.

2.     I am an attorney licensed to practice law under the laws of the State of California and am an associate with the law firm Sideman & Bancroft LLP, attorneys for Visual Supply Company ("VSCO") in this matter. This declaration is filed in support of VSCO's Opposition To Motion For De Novo Determination Of Dispositive Matter Referred To Magistrate Judge [Motion To Quash DMCA Subpoenas] (the "De Novo Motion"), filed contemporaneously with this declaration.

3.     In August 2024, Cloudflare, Inc. ("Cloudflare"), and Patreon, Inc. ("Patreon"), produced documents in response to DMCA subpoenas issued to them by VSCO in connection with this matter. Cloudflare produced account registration records for <vsco.club> and <glizzy.cafe> (which is a domain redirect from <vsco.club>), and Patreon produced account registration records for the "VSCOclub" Patreon. These records display, consistent with one another, Mr. Khimji's full name, his physical address, the email address "vscoclub@protonmail.com," and also, as to Cloudflare, Mr. Khimji's credit card information. True and correct printouts of these Cloudflare records, with Mr. Khimji's credit card information redacted out of an abundance of caution, are attached hereto as **Exhibit A**. True and correct printouts of these Patreon records are attached hereto as **Exhibit B**.

4.     NameSilo LLC ("NameSilo") did not produce documents in response to the DMCA subpoena issued to it; rather NameSilo responded by email, identifying the proxy service "Nice IT Services Group Inc." (the same proxy service that WIPO had identified to VSCO in connection with the UDRP action against <vsco.top>), and an anonymized domain reseller "CONFIDENTIAL.DOMAINS" as the registrants for the Infringing Website located at the domain <vsco.top>, and directed VSCO to pursue further discovery from those entities. However, because their very purpose is to obscure domain registration' true identities, the identification of

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

"Nice IT Services Group Inc." and "CONFIDENTIAL.DOMAINS" by NameSilo did not yield substantive information for VSCO's investigation of <vsco.top>. True and correct copies of the email correspondence between NameSilo's legal team, my colleague Erica Brand Portnoy, and me in which NameSilo identified these entities is attached hereto as **Exhibit C**.

5.     On October 11, 2024, my colleague Zachary J. Alinder informed Mr. Khimji's counsel that Cloudflare had produced documents pursuant to subpoena that identified Mr. Khimji as the infringer. Mr. Alinder also sent Mr. Khimji's counsel copies of the documents that Cloudflare had produced pursuant to the DMCA Subpoena that identified Mr. Khimji, namely, Cloudflare's payment and account registration records for the Infringing Websites <vsco.club> and <glizzy.cafe>. I was copied on and personally reviewed this correspondence and attachments. A true and correct copy of this correspondence is attached hereto as **Exhibit D**.

6.     On June 10, 2025, VSCO served by personal service and by mail Consent or Declination to Magistrate Judge Jurisdiction forms on Cloudflare, Patreon, and NameSilo, regarding Magistrate Judge Kim's jurisdiction over Mr. Khimji's Motion to Quash. *In re DMCA Subpoena to Cloudflare et al.*, No. 3:24-mc-80159-WHO (Dkts. 12-15). On June 16, 2025, Cloudflare submitted its consent to Magistrate Judge Kim's jurisdiction. *In re DMCA Subpoena to Cloudflare et al.*, No. 3:24-mc-80159-WHO (Dkt. 16). Patreon and NameSilo did not respond.

7.     On June 17, 2025, VSCO served Rule 45 subpoenas on Patreon and Reddit seeking documents to identify the persons behind the "VSCOclub" Patreon account and the Infringing Reddit Communities, respectively. Mr. Khimji did not object to or move to quash these subpoenas.

8.     On July 11, 2025, Patreon responded in part and objected in part to the Rule 45 subpoena and produced account registration and payment records for the "VSCOclub" Patreon account. These records identify Mr. Khimji as the creator of the "VSCOclub" Patreon and that he used the "vscoclub@protonmail.com" email account. True and correct printouts of these records are attached hereto as **Exhibit E**.

9.     Cloudflare has its own DMCA webpage and a web portal specifically for submitting DMCA takedowns located at https://abuse.cloudflare.com/dmca. VSCO used this web

portal to submit its DMCA takedown notices to Cloudflare regarding <vsco.page>, <glizzy.cafe>, and <vsco.top>. A true and correct printout of https://abuse.cloudflare.com/dmca is attached hereto as **Exhibit F**.

10.    Cloudflare provides an abuse reporting webpage located at https://www.cloudflare.com/trust-hub/abuse-approach/. This webpage explains the services Cloudflare offers. For example, according to this website, Cloudflare provides content delivery network (CDN) services, caches website content to optimize delivery, provides temporary storage to improve performance. A true and correct printout of https://www.cloudflare.com/trust-hub/abuse-approach/ is attached hereto as **Exhibit G**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and was executed on July 23, 2025, at San Francisco, California.

By: _____
Andrew M. Levad

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

# EXHIBIT A

| ACCOUNT_NUMBER | STATUS | START_DATE |
|---|---|---|
| 43096534 | BILLING_ACCOUNT_ACTIVE | 1658799037 |

| FIRST_NAME | LAST_NAME | EMAIL |
|---|---|---|
| Adam | Khimji | vscoclub@protonmail.com |

| BILLING_ADDRESS_CITY | BILLING_ADDRESS_STREET_1 | BILLING_ADDRESS_STREET_2 |
|---|---|---|
| Ottawa | 1006-1435 Prince of Wales Dr. | |

| BILLING_ADDRESS_POSTAL_CODE | SERVICE_ADDRESS_COUNTRY | SERVICE_ADDRESS_CITY |
|---|---|---|
| K2C 1N5 | CAN | Ottawa |

| SERVICE_ADDRESS_STREET_2 | SERVICE_ADDRESS_STATE | SERVICE_ADDRESS_POSTAL_CODE |
|---|---|---|
| | ON | K2C 1N5 |

IP_ADDRESS
184.147.76.101

BILLING_ADDRESS_COUNTRY
CAN

BILLING_ADDRESS_STATE
ON

SERVICE_ADDRESS_STREET_1
1006-1435 Prince of Wales Dr.

| brand | exp_month | exp_year | last4 | billing_address_line1 | billing_city | billing_state |
|---|---|---|---|---|---|---|
| mastercard | ▮ | ▮ | ▮ | 1006-1435 Prince of Wales Dr. | Ottawa | ON |

| billing_postal_code | billing_country | created | livemode |
|---|---|---|---|
| K2C 1N5 | CA | {} | {} |

| PAYMENT_METHOD_TYPE | CARD_TYPE | VALID_TO | CARD_HOLDER_NAME | CREATED_ON | UPDATED_ON |
|---|---|---|---|---|---|
| TC | MASTERCARD | | Adam Khimji | 1690773746 | 1722814945 |

DEFAULT_PAYMENT_METHOD
        TRUE

| PAYMENTS.PAYMENT_TYPE | AMOUNT | DESCRIPTION |
|---|---|---|
| Credit Card | 22.6 | |
| Credit Card | 271.2 | |
| Credit Card | 22.6 | |
| Credit Card | 22.6 | |
| Credit Card | 22.6 | |
| Credit Card | 271.2 | |

| EXTERNAL_ACCOUNT_NUMBER | PAYMENT_PROFILES.PAYMENT_METHOD_TYPE | CARD_TYPE |
|---|---|---|
| | TC | MASTERCARD |

| PAYMENTS.STATUS | OCCURRED_ON | UNAPPLIED_AMOUNT | REFUND_AMOOUNT |
|---|---|---|---|
| COMPLETED | 1674741655 | 0 | 0 |
| COMPLETED | 1675697962 | 0 | 0 |
| COMPLETED | 1677420041 | 0 | 0 |
| COMPLETED | 1679839263 | 0 | 0 |
| COMPLETED | 1682517666 | 0 | 0 |
| COMPLETED | 1707228184 | 0 | 0 |

| VALID_TO | CARD_HOLDER_NAME |
|---|---|
| | Adam  Khimji |

| CANCEL_AMOUNT | BILLING_ACCOUNT_NUMBER |
|---|---|
| 0 | 43096534 |
| 0 | 43096534 |
| 0 | 43096534 |
| 0 | 43096534 |
| 0 | 43096534 |
| 0 | 43096534 |

# EXHIBIT B

| uid | email | display_name | legal_first_name | legal_last_name | signup_date |
|---|---|---|---|---|---|
| 77653431 | vscoclub@protonmail.com | VSCOClub | Adam | Khimji | 38:10.0 |

| signup_method | account_termination_date |
|---|---|
| email | 42:03.0 |

| user_id | location_type | address | first_created_at | deleted_at |
|---|---|---|---|---|
| 77653431 | tax_form_w8ben | 1006-1435 Prince of Wales Dr., Ottawa, CA | 05:01.7 | |
| 77653431 | tax_form_w8bene | 1006-1435 Prince of Wales Dr., Ottawa, CA | 05:01.7 | |

EXHIBIT C

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Portnoy, Erica Brand |
| **Sent:** | Tuesday, July 9, 2024 8:23 AM |
| **To:** | Levad, Andrew M. |
| **Subject:** | FW: Re:[## 725634 ##] 24-mc-80159-SK |

**From:** NameSilo Legal
**Sent:** Monday, July 8, 2024 11:24 PM
**To:** Portnoy, Erica Brand
**Cc:** legal@namesilo.com
**Subject:** Re:[## 725634 ##] 24-mc-80159-SK

Hi,

I checked the domain and it was registered to a reseller before it was transferred to a complainant in a UDRP case in April 2024, the reseller's company name is "Nice IT Services Group Inc.". I assume you are not interested in the complainant's data.

The reseller's email address is itsnice@protonmail.com. Since it was registered to a reseller we do not have their customer data, such as IP logs and payment records. Therefore I would advise to send them a subpoena requesting the same.

Regards,
NameSilo Legal Team

---- on Fri, 05 Jul 2024 16:30:25 +0100 **"Portnoy, Erica Brand"<eportnoy@sideman.com>** wrote ----

Yes, please send the documents to this email address: eportnoy@sideman.com

Best,
Erica Portnoy

> On Jul 5, 2024, at 12:22 AM, NameSilo Legal <legal@namesilo.com> wrote:
>
> Hi,
>
> We received a subpoena with the following case number:
>
> 24-mc-80159-SK
>
> It was not specified to which email address the documents can be sent. Can we send the documents to your email address?
>
> Regards,
> NameSilo Legal Team

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | NameSilo Legal <legal@namesilo.com> |
| **Sent:** | Thursday, November 21, 2024 6:28 AM |
| **To:** | Levad, Andrew M. |
| **Cc:** | legal@namesilo.com |
| **Subject:** | Re:[## 837801 ##] Legal Correspondence - Visual Supply Company (VSCO) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hi,

Before the UDRP case, it was registered with a reseller "CONFIDENTIAL.DOMAINS" so you should subpoena the reseller for the registrant's data.

You can contact the reseller at itsnice@protonmail.com.

Regards,
NameSilo Legal Team

---- on Thu, 14 Nov 2024 19:24:14 -0000 **"Levad, Andrew M."<alevad@sideman.com>** wrote ----

Dear NameSilo Legal,


Please find the attached legal correspondence sent on behalf of Visual Supply Company (VSCO).




Best,

Andrew




**Andrew M. Levad**
San Francisco, CA
Main: 415.392.1960
alevad@sideman.com
www.sideman.com

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

EXHIBIT D

**Levad, Andrew M.**

| | |
|---|---|
| **From:** | Alinder, Zachary J. |
| **Sent:** | Friday, October 11, 2024 4:32 PM |
| **To:** | Jonathan Kleiman |
| **Cc:** | Portnoy, Erica Brand; Levad, Andrew M. |
| **Subject:** | RE: Response to Cease and Desist Letter Dated October 4, 2024 |
| **Attachments:** | vsco.club - Adam Khimji Payment Confirmation- Accounts.csv; glizzy.cafe - Prince of Wales Dr - Payment_Methods.csv; glizzy.cafe - Adam  Khimji - Payment_Methods.csv |

Dear Mr. Kleiman,

Your prompt response to VSCO's October 4, 2024 cease and desist and demand letter (the "C&D letter") is appreciated; however, Mr. Khimji's purported categorical denial of involvement with the identified websites and related unlawful conduct set forth in the C&D letter is extremely disappointing.  The denial by Mr. Khimji appears to be motivated by a bad faith hope that VSCO does not have evidence to support its claims.  That of course is not the case.  CloudFlare identified Mr. Khimji as the owner/operator of the websites identified in the C&D letter.

As a professional courtesy to you and in the interest of providing Mr. Khimji one final opportunity to come clean, attached are three of the documents provided by CloudFlare and authenticated by them pursuant to our subpoena, which establishes that Mr. Khimji is directly and personally involved in the operation of both websites specifically identified in the C&D letter -- vsco.club and glizzy.cafe.

I will reiterate that this is Mr. Khimji's final opportunity to come clean.  Anything less than a full, frank, and honest response from Mr. Khimji will not be sufficient.  Please confirm by close of business on Wednesday, October 16, 2024 that Mr. Khimji will comply with the nine listed demands set forth in the C&D letter.

In closing, please also note that your October 9, 2024 response letter has an incorrect email address, incorrect firm name, and incorrect physical address for me.  I am a partner at Sideman & Bancroft LLP, not Kirkland & Ellis.  Please make sure to update your records to ensure that there is no mistake in delivery of any correspondence regarding this matter in the future.

We look forward to hearing from you by Wednesday.  VSCO continues to reserve all rights and remedies in relation to these matters.

Sincerely yours,
Zac Alinder

-----Original Message-----
From: Jonathan Kleiman <jonathan@jkleiman.com>
Sent: Wednesday, October 9, 2024 11:01 AM
To: Alinder, Zachary J. <zalinder@sideman.com>
Subject: Re: Response to Cease and Desist Letter Dated October 4, 2024

Mr. Alinder,

Please see the attached letter.

Thanks,

Jonathan Kleiman, BA, JD
_____

1235 Bay St., Suite 700
Toronto, ON, M5R 3K4

O: 1-855-416-0416
F: 647-977-5770
M: 416-554-1639
E: Jonathan@JKleiman.com
W: www.JKleiman.com

I appreciate your reviews: https://g.page/kleimanlaw/review?rc

IMPORTANT NOTICE:

Funds transfer fraud is on the rise. Please note, we will never email you with a request to change or update any banking or transfer information. If you receive a request like that by email, please phone us immediately using a previously known number. In addition, if we receive any banking or transfer information from you, we will confirm this by independent means. If you have questions or concerns, please contact us at 416-554-1639.

This message and any attachment(s) are intended only for the use of the individual or entity to which they are addressed. They may contain information that is privileged, confidential and exempt from disclosure under applicable law. Distributing or copying this communication without permission of the intended recipient is strictly prohibited. If you have received this communication in error, please notify Jonathan Kleiman immediately by e-mail at Jonathan@JKleiman.com. Thank you.

EXHIBIT E

| uid | email | display_name | legal_first_name | legal_last_name |
|---|---|---|---|---|
| 77653431 | vscoclub@protonmail.com | VSCOClub | Adam | Khimji |

| signup_date | signup_method | account_termination_date |
|---|---|---|
| 38:10.0 | email | 42:03.0 |

| user_id | location_type | address | first_created_at | deleted_at |
|---|---|---|---|---|
| 77653431 | tax_form_w8ben | 1006-1435 Prince of Wales Dr., Ottawa, CA | 05:01.7 | |
| 77653431 | tax_form_w8bene | 1006-1435 Prince of Wales Dr., Ottawa, CA | 05:01.7 | |

# EXHIBIT F



Home    Support    Log In    Sign Up

# Submit an Abuse Report

Copyright Infringement & DMCA Violations ▾

**Information to include in copyright complaints**

Because Cloudflare shares copyright infringement complaints with the relevant hosting providers and website operators, we only process reports that include all information required by section 512(c) of the DMCA. To ensure that your copyright infringement abuse report is processed, you must include all information listed as required in the form. You may submit up to 250 URLs at a time. For more information about the information to include in your report, go here. An explanation of our approach to abuse and what you can expect us to do in response to your report is available here. Please note that reports submitted through this form are subject to Cloudflare's privacy policy, and that reports may be released by Cloudflare to third parties such as the Lumen Database.

**Your full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

**© holder's full name**
This field may be released by Cloudflare to third parties such as the Lumen Database.

> You must be the rights holder or an authorized agent thereof

**Your email address**
This field may be released by Cloudflare to third parties such as the Lumen Database.

**Confirm email address**

**Title**
Optional

**Company name**
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

**Page 2**
**Abuse form | Cloudflare | The web performance & security company**
**https://abuse.cloudflare.com/dmca**

**Telephone**
Optional

This field may be released by Cloudflare to third parties such as the Lumen Database.

**Address**

This field may be released by Cloudflare to third parties such as the Lumen Database.

**City**

This field may be released by Cloudflare to third parties such as the Lumen Database.

**State / province**

This field may be released by Cloudflare to third parties such as the Lumen Database.

**Country**

This field may be released by Cloudflare to third parties such as the Lumen Database.

Select a country

**Infringing URLs**

This field may be released by Cloudflare to third parties such as the Lumen Database.

Place each URL on a separate line

**Describe the original work**

This field may be released by Cloudflare to third parties such as the Lumen Database.

Describe the copyrighted work in full detail, including links to the original work or evidence of source material.

**Page 3**
**Abuse form | Cloudflare | The web performance & security company**
https://abuse.cloudflare.com/dmca

**Reporter current country**
Optional
Location in which the abuse was observed

| Select a country ⌄ |
| --- |

**User agent**
Optional
Please provide the browser name and version (ie: "Chrome/124.0") and/or the Operating System (ie: "macOS")

| e.g., Chrome/124.0 macOS |
| --- |

**512(f) acknowledgment, Good faith belief, Authority to act**
By checking this box, you attest, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; AND that, under penalty of perjury, you are authorized to act on behalf of the copyright owner; AND you understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material. Checking this box also confirms that you have a bona fide belief that the information and allegations contained in this report are accurate and complete, for purposes of the Digital Services Act.

☐ I understand and agree

**Digital signature**
By entering your name, you affirm all information is true and accurate while agreeing to the policies on this page

| Enter your name to sign this submission |
| --- |

Because Cloudflare does not have the ability to remove content from a website, it is our practice to forward abuse complaints to entities like the hosting provider and/or website owner to follow up. Please specify:

**Who should be notified?**
Please select at least one.

Note: The hosting provider may have their own policies for how they notify the website owner of a complaint.

☑ Please forward my report to the website hosting provider.

    ☑ Include my name and contact information with the report to the website hosting provider.

☑ Please forward my report to the website owner.

    ☑ Include my name and contact information with the report to the website owner.

☐ Verify you are human    
CLOUDFLARE
Privacy • Terms

| Submit |
| --- |

Page 4
**Abuse form | Cloudflare | The web performance & security company**
https://abuse.cloudflare.com/dmca



© 2025 Cloudflare, Inc.
Privacy Policy | Terms of Use | Disclosure | Trademark

EXHIBIT G

Trust Hub    Privacy & data protection    Responsible AI    Compliance resources    Technologies    Trust & Safety

# Our approach to abuse

Cloudflare offers security and reliability services to millions of websites, helping prevent online abuse and make the Internet more secure. When it comes to reports of abuse on websites that use our services, our ability to respond depends on the type of Cloudflare service at issue. Most abuse reports we receive pertain to websites that use our pass-through security and content delivery network (CDN) services, while far fewer reports relate to websites using our registrar services or our services to host content at the edge. Because Cloudflare offers a variety of Internet infrastructure services to users, our abuse reporting system is designed with those different services in mind.



[ Click here to submit an abuse report ]

# Guiding principles in handling abuse reports



### Service specific

Responses to abuse should reflect the nature of the services at issue and the ability to address the harm, while minimizing the possibility of unintended consequences.



### Access to an abuse process

Complainants should have a mechanism to present their grievances to the party best positioned to address them.



### Transparency

We believe in being transparent about when and how we take actions to address abuse.

# How infrastructure services differ from other Internet services

Cloudflare's approach to abuse reflects the nature of our infrastructure services, which are fundamentally distinct from services like social media platforms and search engines that are designed to interact with and curate content. While content curator services are designed around moderating content, infrastructure services operate without content-based distinction to help make the Internet function more securely, efficiently, and reliably. These differences can be visualized in a stack, where services at the top of the stack are better positioned to address abuse in the first instance.

Everyone benefits from a well-functioning Internet infrastructure, just like other physical infrastructure, and we believe that infrastructure services should generally be made available in a content-neutral way. That is particularly true for services that protect users and customers from cyber attacks.

Cloudflare's abuse reporting system is designed to ensure that abuse complaints related to content can be addressed by those service providers higher in the stack, and to identify those instances in which action lower down the stack is appropriate.



## Why the Cloudflare service at issue matters

Even within the category of Internet infrastructure, different types of services have different abilities to address abusive content. While a hosting provider may be able to effectively remove particular content from a website, other services involved in the transmission of content generally cannot. In addition to being ineffective, attempts to address abuse through cybersecurity services can have unintended consequences and make the broader Internet less secure. Laws like the United States' Digital Millennium Copyright Act and the EU's Digital Services Act reflect this reality by creating a framework for addressing abuse that distinguishes among hosting services, caching services, and mere conduit services.

## Which Cloudflare service(s) are at issue

If you are submitting an abuse report to us because our IP address appears in the WHOIS and DNS records for a website, it is very likely that the website is one of millions of websites that use our pass-through security and content distribution network (CDN) services. Our IP address appears in the WHOIS and DNS records for those websites because of the nature of our security services. If a website uses Cloudflare's registrar services, that will be reflected in the WHOIS records for the website. If Cloudflare might qualify as the origin hosting provider because of the use of services such as Cloudflare Stream, Cloudflare Pages, Cloudflare Workers, Cloudflare Workers KV, and Cloudflare Images that can definitively store content, our systems will account for those services in processing your report.

Captured by FireShot Pro: 22 July 2025, 16:46:40
https://getfireshot.com

# Reverse proxy, pass-through security, and CDN services

The vast majority of abuse reports that we receive are about websites using our pass-through security, and content distribution network (CDN) services. Cloudflare does not host content through those services, and we cannot remove content from the Internet that we do not host.



Our abuse reporting system is therefore designed to ensure that your report gets to the parties best positioned to address your complaint: the website operator and the hosting provider for the website on which the content is posted. When you submit a report relating to a website using these services, we will take the following steps:

| Forward your complaint to the website operator and the hosting provider to allow them to take action on it. For some categories of complaints, you can direct us not to forward your complaint to the website operator;

| Provide the hosting provider with the origin IP address of the content at issue to help them locate it;

| Depending on the nature of your complaint, respond to you with additional details so that you can follow up as necessary.

## Hosting services

A small minority of abuse reports we receive relate to content definitively stored through Cloudflare Stream, Cloudflare Pages, Cloudflare Workers, Cloudflare Workers KV, or Cloudflare Images such that Cloudflare might qualify as the origin hosting provider. If your abuse report pertains to content that we host and that we believe violates the applicable supplemental terms of service, we will remove or disable access to that content. If we disable access or remove content in response to an abuse report, we generally also notify the website operator of our action and we may make the content available again if appropriate based on the website operator's response. For certain abuse categories, including copyright and trademark, we follow the notice-and-takedown process set forth in the Digital Millennium Copyright Act. Cloudflare provides notice to the user of steps to remove or limit access to the content. If the user submits a valid counter notice

## We may block or remove any content we determine:

| Contains, displays, distributes, or encourages the creation of child sexual abuse material, or otherwise exploits or promotes the exploitation of minors;

| Infringes on intellectual property rights;

| Has been determined by appropriate legal process to be defamatory or libelous;

| Engages in the unlawful distribution of controlled substances;

| Facilitates human trafficking or prostitution in violation of the law;

| Contains, installs, or disseminates any active malware, or uses our platform for exploit delivery (such as part of a command and control system);

Captured by FireShot Pro: 22 July 2025, 16:46:40
https://getfireshot.com

and the abuse reporter fails to initiate a lawsuit, Cloudflare will restore access to the content.

Our Transparency Report includes details on the requests we receive to disable access to content stored on our network, described as "hosted content."

Is otherwise illegal, harmful, or violates the rights of others, including content that discloses sensitive personal information, incites or exploits violence against people or animals, or seeks to defraud the public.

# More details about Cloudflare's approach to abuse

## Registrar services    —

Cloudflare Registrar offers secure domain name registration and management services. Concerns about particular content on a website are generally not properly addressed by domain name registrars, which can only take action as to entire domains.

Registrars are better positioned to address concerns tied to the domain name, such as reports regarding inaccurate WHOIS information or domain hijacking (when the registration of a domain name is changed without the permission of the original registrant). Cloudflare takes reasonable steps through our registrar-abuse process to investigate and act on reports of such abuse submitted through our abuse page. Concerns that a particular domain name violates a trademark should be directed to the domain name registrant using the WHOIS lookup process. Cloudflare follows ICANN's Uniform Domain-Name Dispute Resolution Policy (UDRP) for trademark-based domain name disputes. Consistent with ICANN requirements, Cloudflare takes action to mitigate technical abuse like phishing by domains using our registrar services.

## When Cloudflare removes or blocks access to content    —

Cloudflare cannot remove from the Internet content that it does not host, and the vast majority of abuse reports we receive relate to our non-hosting reverse proxy, pass-through security, and CDN services. While we cannot remove from the Internet the content identified in those reports, we will forward your report to the hosting provider and website operator who can. In the much rarer instance that an abuse report relates to content hosted by Cloudflare through Cloudflare Stream, Cloudflare Pages, Cloudflare Workers, Cloudflare Workers KV, or Cloudflare Images, we may remove or block access to content that we identify as violating our supplemental terms for those products.

## When Cloudflare terminates services    —

As with the rest of our abuse system, Cloudflare's approach to terminating services depends on the nature of the service at issue. Because Cloudflare's security services help prevent cyberattack from being used as a means for network disruption, terminating all our services is not normally an appropriate or effective response to abuse. We may suspend or terminate hosting services, however, if we conclude that those services have been repeatedly used to store content in violation of our policy and that no meaningful steps have been taken to address the issue. Other services will only be terminated in narrowly defined circumstances, consistent with our Human Rights Policy, where we conclude that termination is required by laws that are precise, transparent, and legitimate under human rights law, or voluntary termination is consistent with established limitations to freedom of expression under international human rights, such as protecting the rights of others, and termination is an appropriate and proportional way to address the concern. Consistent with the terms of the Digital Millennium Copyright Act (17 U.S.C. § 512), Cloudflare has adopted and implemented a policy for the termination of services to repeat copyright infringers. Cloudflare strives to be transparent about its approach to abuse, and we report on when we have terminated services to websites, including for websites containing child sexual abuse material (CSAM), in our Transparency Report.

**GETTING STARTED**

Free plans

Small business plans

For enterprises

Get a recommendation

Request a demo

Contact sales

**SOLUTIONS**

Connectivity cloud

Application services

SSE and SASE services

Network services

Developer platform

**SUPPORT**

Help center

Customer support

Community forum

Developers Discord

Lost account access?

Cloudflare status

**COMPLIANCE**

Compliance resources

Trust

GDPR

Responsible AI

Transparency report

Report abuse

**PUBLIC INTEREST**

Project Galileo

Athenian Project

Cloudflare for Campaigns

Project Fairshot

**COMPANY**

About Cloudflare

Network map

Our team

Logos & press kit

Diversity, equity, & inclusion

Impact/ESG

    

© 2025 Cloudflare, Inc. | Privacy Policy | Terms of Use | Report Security Issues |  Your Privacy Choices | Trademark

Captured by FireShot Pro: 22 July 2025, 16:46:40
https://getfireshot.com