| | |
|---|---|
| 1 | Simon Lin – State Bar No. 313661 |
| 2 | 4388 Still Creek Drive, Suite 237 |
|   | Burnaby, British Columbia, Canada V5C 6C6 |
| 3 | T : 604-620-2666 |
|   | F : 778-805-9830 |
| 4 | E : simonlin@evolinklaw.com |
| 5 | *Attorney for Adam Khimji* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C. | Case Number: 3:24-mc-80159-WHO |
| | **ADAM KHIMJI'S REPLY FOR THE MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE** |
| | **Judge:** Senior District Judge William H. Orrick |
| | **Date:** September 24, 2025 |
| | **Time:** 2:00 p.m. |

**ADAM KHIMJI'S STATEMENT OF RECENT DECISIONS FOR MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [Docket #20]**
Case Number: 3:24-mc-80159-WHO

Pursuant to Local Rule 7-3(d)(2), Adam Khimji respectfully bring to the Court's attention an appeal opinion for a key decision Mr. Khimji relied upon before the Magistrate Judge and also in the motion for *de novo* determination:

1. On August 15, 2025, the Ninth Circuit released the for-publication opinion in *In Re: Subpoena of Internet Subscribers of Cox Communications, LLC and Coxcom, LLC* (File No: 24-3978), affirming the judgment of the United States District Court for the District of Hawaii to quash the DMCA subpoenas as invalid.

Date: August 15, 2025

Respectfully submitted,

By: _____Simon Lin_____

Simon Lin – State Bar No. 313661

**ADAM KHIMJI'S STATEMENT OF RECENT DECISIONS FOR MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE [Docket #20]**
Case Number: 3:24-mc-80159-WHO