Simon Lin – State Bar No. 313661
4388 Still Creek Drive, Suite 237
Burnaby, British Columbia, Canada V5C 6C6
T : 604-620-2666
F : 778-805-9830
E : simonlin@evolinklaw.com

*Attorney for Adam Khimji*

ZACHARY J. ALINDER (State Bar No. 209009)
E-Mail: *zalinder@sideman.com*
ANDREW M. LEVAD (State Bar No. 313610)
E-Mail: *alevad@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

*Attorneys for Visual Supply Company*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
*(San Francisco)*

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C. | Case Number: 3:24-mc-80159-WHO |
| | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025** |
| | **Judge:** Senior District Judge William H. Orrick |
| | **Date:** October 8, 2025<br>**Time:** 2:00 p.m. |

1

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**

Pursuant to Civil Local Rule 6-2, Adam Khimji and Visual Supply Company hereby stipulate as follows:

WHEREAS, a Motion for *De Novo* Determination was scheduled for September 24, 2025 (the "**Motion**");

WHEREAS, on September 3, 2025, a Clerk's Notice was issued continuing the Motion to October 8, 2025;

WHEREAS, Mr. Khimji's counsel has a time conflict on October 8, 2025 with a hearing in another court scheduled on that day;

WHEREAS, Mr. Khimji's counsel has canvassed availability with Visual Supply Company's counsel and all counsel are available on October 22, 2025; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their counsel of record, subject to the approval of the Court, as follows:

1. The Motion for *De Novo* Determination (Docket #20) be continued to October 22, 2025 2:00 p.m. or such other date that the Court selects.

**SO STIPULATED**

Dated: September 4, 2025          By:     /s/ Simon Lin_____
                                          Simon Lin
                                          Attorney for Adam Khimji

Dated: September 4, 2025          By:     /s/ Zachary J. Alinder_____
                                          Zachary J. Alinder
                                          Attorney for Visual Supply Company

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025

                                 _____
                                 WILLIAM H. ORRICK
                                 U.S. DISTRICT JUDGE

## CIVIL LOCAL RULE 5-1 ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I hereby attest that written concurrence in the filing of this document has been obtained from all signatories above.

Dated: September 4, 2025            By:    /s/ Simon Lin_____
                                      SIMON LIN
                                      Attorney for Adam Khimji

**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**