1  Simon Lin – State Bar No. 313661
2  4388 Still Creek Drive, Suite 237
   Burnaby, British Columbia, Canada V5C 6C6
3  T : 604-620-2666
   F : 778-805-9830
4  E : simonlin@evolinklaw.com

5  *Attorney for Adam Khimji*

6  

                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**
                              *(San Francisco)*
8

| | |
|---|---|
| IN RE: DMCA SECTION 512(h) SUBPOENA TO (1) CLOUDFLARE, INC.; (2) PATREON, INC.; and (3) NAMESILO, L.L.C. | Case Number: 3:24-mc-80159-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**<br><br>**Judge:** Senior District Judge William H. Orrick<br><br>**Date:** October 8, 2025<br>**Time:** 2:00 p.m. |

I, Simon Lin, do hereby declare as follows:

1.   I am an attorney licensed to practice in the State of California and counsel of record for the Plaintiff, Catherine Severs. I submit this declaration in support of the Stipulation and [Proposed] Order RE: Continuation of Motion Hearing on October 8,

1

**DECLARATION OF SIMON LIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**

2025. I have personal knowledge of the facts set forth herein, except where noted, and, if called to testify, could and would competently testify thereto under oath.

2.  On September 3, 2025, the Clerk issued a notice continuing the Motion for *De Novo* determination (Docket #20) to October 8, 2025.

3.  Mr. Khimji's counsel has a time conflict with a hearing that is scheduled to be heard on October 8, 2025 at the Supreme Court of British Columbia.

4.  Mr. Khimji's counsel has canvassed availability with Visual Supply Company's counsel and both are available on October 22, 2025.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 4, 2025 at the City of Coquitlam, Province of British Columbia, Canada.               /s/ Simon Lin_____
                                                                                 Simon Lin

2
**DECLARATION OF SIMON LIN IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE: CONTINUATION OF MOTION HEARING ON OCTOBER 8, 2025**